# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POWELL HOSPITAL DISTRICT, POWELL )<br>VALLEY HEALTHCARE, INC., )<br>HEALTHTECH MANAGEMENT SERVICES, )<br>INC., JEFFREY HANSEN, M.D., and )<br>WILLIAM D. PATTEN, )<br>)<br>Defendants. ) | Civil Action No. 15CV31-J |

## STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FOR DECLARATORY RELIEF

Defendants Powell Hospital District, Powell Valley Healthcare, Inc., HealthTech Management Services, Inc., Jeffrey Hansen, M.D., William D. Patten and Plaintiff Homeland Insurance Company of New York, through undersigned counsel, respectfully move the Court for an Order granting an extension up to and including June 1, 2015 in which to answer or otherwise respond to the Complaint for Declaratory Relief.

1. Powell Hospital District, Powell Valley Healthcare, Inc., and Jeffrey Hansen, M.D. accepted service of Plaintiff's Complaint on March 18, 2015 and their current deadline for answering the Complaint is May 17, 2015. HealthTech Management Services, Inc. and William D. Patten accepted service of the Complaint on March 5, 2015 and their current deadline for answering the Complaint is May 4, 2015.

2. Federal Rule of Civil Procedure 6(b) provides that a motion for extension of time may be granted for good cause if the request is made before the original time has expired. The

parties are currently engaged in discussions regarding a potential resolution of this matter and request additional time to pursue these efforts before expending resources on answering the Complaint.

3. This is Defendants' first request for an extension of time in this matter, and the requested extension will not unduly delay the proceedings or prejudice Plaintiff.

4. Defendants' counsel have conferred with Plaintiff's counsel regarding this motion and Plaintiff has no objection to the requested extension of time.

5. A proposed order is attached for the Court's convenience.

WHEREFORE, the parties respectfully request an Order extending Defendants' deadline to and including June 1, 2015 in which to answer or otherwise defend against the Complaint.

DATED: April 27, 2015.

Judith Studer (Wyo. State Bar # 5-2174)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone: (307) 235-6681
jstuder@schwartzbon.com

ATTORNEYS FOR PLAINTIFF

Tracy J. Copenhaver, P.C.
(Wyo. State Bar # 5-2063)
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P. O. Box 839
Powell, WY 82435

Joanna R. Vilos (Wyo. State Bar # 6-4006)
HOLLAND & HART LLP
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: (307) 778-4200
jvilos@hollandhart.com

Jose A. Ramirez (admitted *pro hac vice*)
HOLLAND & HART LLP
8390 E. Crescent Parkway, Suite 400
Greenwood Village, CO 80111
Telephone: (303) 290-1600
jramirez@hollandhart.com

ATTORNEYS FOR DEFENDANTS HEALTHTECH MANAGEMENT SERVICES, INC., AND WILLIAM D. PATTEN

Telephone: (307) 754-2276
tracy@ckattorneys.net

ATTORNEYS FOR DEFENDANTS POWELL HOSPITAL
DISTRICT, POWELL VALLEY HEALTH CARE, INC.,
AND JEFFREY HANSEN, M.D.

7747657_1