FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
11:21 am, 6/5/15
Stephan Harris
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 15CV31-J |
| v. | ) ) |
| POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTHCARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D., and WILLIAM D. PATTEN, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| AND | ) ) |
| HEALTHTECH MANAGEMENT SERVICES, INC. and WILLIAM D. PATTEN, | ) ) ) |
| Counterclaimants | ) ) |
| v. | ) ) |
| UMIA INSURANCE, INC., | ) ) |
| Counterclaim-Defendant | ) |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO ADD PARTY AS COUNTERCLAIM DEFENDANT

THIS MATTER COMES BEFORE THE COURT on the Motion of HealthTech Management Services, Inc. and William D. Patten for Leave to join UMIA Insurance, Inc. (UMIA) as a counterclaim defendant. The Court, being fully advised, does hereby ORDER that the Motion is GRANTED.

The Court hereby joins UMIA in this case as a counterclaim defendant, and the counterclaims against UMIA are deemed filed as of the date of this Order.

DATED this 5th day of June, 2015.

                                    BY THE COURT:

                                    _____
                                    KELLY H. RANKIN
                                    UNITED STATES MAGISTRATE JUDGE