FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
JUL 27 2015
U.S. MAGISTRATE JUDGE

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiff,<br><br>vs.<br><br>POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTHCARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D. and WILLIAM D. PATTEN,<br><br>Defendants. | Civil No. 15-CV-031-J |

## ORDER DENYING PETITIONERS' MOTION TO INTERVENE [DOC. 27]

This matter is before the Court on Petitioner Shane Wilson's Motion to Intervene, and the Court having carefully considered the Motion and Response thereto, and being fully advised in the premises, FINDS:

### BACKGROUND

The case is originally before this Court on Plaintiff's declaratory action brought pursuant to 28 U.S.C. §§ 2201 and 2202. Specifically, Plaintiff seeks a determination of its rights and obligations pursuant to insurance policies, issued by Plaintiff, regarding claims and suits brought against Defendants[1]. The parties disagree regarding coverage

---

[1] The original action has been expanded to address insurance policies providing coverage for Defendants for additional time periods issued by UMIA Insurance and Lexington Insurance Co.

1

for these claims and whether Plaintiff has a duty to defend and indemnify Defendants. A group of eight persons with lawsuits or claims arising from the alleged medical malpractice of Dr. Jeffery Hansen, M.D. previously sought leave to intervene in this matter [Doc 20]. After considering both intervention as of right and permissive intervention pursuant to Rule 24 of the Federal Rules of Civil Procedure this Court denied the Motion to Intervene [Doc 28]. The current motion is based upon and adopts the same rational for intervention. As such the previous Order Denying Petitioner's Motion to Intervene addresses the necessary points and is determinative of the pending motion.

NOW, THEREFORE, IT IS ORDERED Petitioner's Motion to Intervene is hereby **DENIED**.

Dated this 27th day of July, 2015.

Mark L. Carman
U.S. Magistrate Judge