**From:** Mel Orchard [mailto:orchard@spencelawyers.com]
**Sent:** Thursday, July 31, 2014 4:35 PM
**To:** Scott Ortiz; tracy@ckattorneys.net
**Cc:** Bob Krause
**Subject:** notice of claims against Dr. Hansen, Powell Valley Healthcare, Inc, including all agents/employees of either entity if necessary

Gentlemen,

Please consider this email notice that we intend to file claims against Dr. Hansen, Powell Valley Healthcare, Inc, including all agents/employees if necessary, because of medical negligence and other negligence claims, including potential reckless conduct warranting punitive damages, for the following patients:

1)   Michelle Oliver            DOB 2/16/65
2)   Veronica Sommerville       DOB 12/13/72
3)   Joetta Johnson             DOB 2/22/85
4)   Lynn Snell                 DOB 4/04/54

Please forward this information to your respective insurers. Please let me know if you need any additional information to comply with the notice provisions of your insurance policies.

Thank you.


Mel C. Orchard, III
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001
National Board Certified Civil Trial lawyer - on the Web: www.spencelawyers.com
<http://www.spencelawyers.com>
email: Orchard@spencelawyers.com
307-733-7290 (Phone)
800-967-2117 (Phone)
307-733-5248 (fax)

>
>
>
>
> Confidentiality Notice
>
> This transmission and/or any attached electronic documents are intended only
> for the addressee, and may contain confidential information belonging to THE
> SPENCE LAW FIRM, LLC which is protected by the attorney-client, attorney-work
> product, or other privileges. If you are not the intended recipient, you are
> hereby notified that any use, disclosure, copying, or distribution of the
> contents is strictly prohibited. If you have received this transmission in
> error, please notify us immediately by telephone at (307) 733-7290, delete the
> transmission, and destroy any copies. Thank you.