# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Homeland insurance Company of New York

Plaintiff,

vs.

Case Number: 15-CV-31-J

Powell Hospital District et al

Defendant.

**CIVIL MINUTE SHEET STATUS/SCHEDULING CONFERENCE**

☐ This Minute Sheet also contains a Minute Order ☐ Status Conference
☐ This was a Telephonic Hearing                   ☑ Scheduling Conference
☐ Motions Hearing

Date: 01/14/2016    Time: 9:43am-11:00am

| Alan B. Johnson | Tammy Hilliker | Julie Thomas | Sean Larson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Charles Spevacek, Judith Studer

Attorney(s) for Defendant(s)   Tracy Copenhaver, Jose Ramirez, Joanna Vilos, Julie Tiedeken, Jon Sands, Deborah Kellam, Catherine Naltsas

Other:

These are phase one deadlines.  FPT and trial will be set at a later date

Plaintiff Expert Witness Designation Deadline:   01/06/17

Defendant Expert Witness Designation Deadline:  03/07/17

Discovery Due:   05/06/17

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Hearing

☐ Including Daubert Challenges

Defendant Motion Filing Deadline:

MINUTE SHEET STATUS CONFERENCE
15-CV-31-J

☐ Including Daubert Challenges

Final Pretrial Conference Set: _____

Jury Trial Set: _____

Other:
Parties to discuss realignment of parties.