Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone (307) 754-2276
Fax (307) 754-4744
Email tracy@ckattorneys.net

Attorney for Powell Valley Health Care, Inc.,
Powell Hospital District, and Dr. Jeffrey Hansen

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 15-CV-31-J ) |
| POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTH CARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D., and WILLIAM D. PATTEN, | ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| HEALTHTECH MANAGEMENT SERVICES, INC. and BILL PATTEN, | ) ) ) |
| Counterclaimants | ) ) |
| vs. | ) **UNOPPOSED MOTION FOR LEAVE** ) **TO AMEND ORDER ON INITIAL** |
| UMIA INSURANCE, INC. and LEXINGTON INSURANCE COMPANY, | ) **PRETRIAL CONFERENCE, ORDER** ) **BIFURCATING DISCOVERY AND** ) **ORDER SCHEDULING PHASE I** |
| Counterclaim-Defendants | ) |

1

```
                                    )
      and                           )
                                    )
POWELL HOSPITAL DISTRICT,           )
POWELL VALLEY HEALTH CARE,          )
INC., and JEFFREY HANSEN, M.D.,     )
                                    )
           Cross-Claimants,         )
                                    )
      vs.                           )
                                    )
UMIA INSURANCE, INC., and           )
LEXINGTON INSURANCE COMPANY,        )
                                    )
                                    )
           Crossclaim-Defendants.   )
```

COME NOW, Powell Hospital District, Powell Valley Health Care, Inc. and Jeffrey Hansen, M.D., and move this Court for an Order amending the Order on Initial Pretrial Conference,S Order Bifurcating Discovery and Order Scheduling Phase I.

Subsequent to the initial Order on Pretrial Conference, a question has arisen during discussion among counsel as to whether the issue of Defendants' request for attorney fees allowed under Wyoming Statute is to be held in abeyance until it is determined whether or not there is coverage and whether or not Phase II will be necessary. It appears that the burden of proving the right to recover attorney fees is substantially similar to the burden of proving bad faith and, for clarification purposes, Movants request that the Order clarify that discovery relating to extra-contractual relief, including claims for bad faith, unreasonable conduct, and including claims for attorney fees and costs pursuant to W.S. 2-15-124, shall be conducted in Phase II, if necessary.

In addition, Movants had advised the Court that they anticipated clarifying their pleadings which had already referenced bad faith pertaining to UMIA to make it clear they

would, if there were no coverage, pursue a bad faith claim against UMIA. The Court set May 1, 2016 as the deadline for amendments but then, in that paragraph, suggested February 1, 2016 as a date for these Movants to assert a separate bad faith claim against UMIA. Movants and UMIA have had discussions pertaining to possible settlement of the bad faith claim and the rescission claim pled by UMIA, which issues are still being considered. Subsequent to these discussions, it was discovered that a separate date had been established for filing the amendment pertaining to bad faith against UMIA. Counsel for UMIA has informed Movants that they have no objection to amending the Initial Pretrial Order to delay the deadline for filing an amendment to assert any separate claim for any extra-contractual relief, including claims for bad faith, unreasonable conduct and including claims for attorney fees and costs pursuant to W.S. §2-15-124, to fifteen (15) days after completion of Phase I, if the case proceeds to Phase II.

There being no objection to the proposed amendment by any of the parties to this litigation, Movants respectfully request that the Court enter its Order amending the Initial Pretrial Order as set forth above.

Dated this 15th day of March, 2016.

/s/ *Tracy J. Copenhaver*
TRACY J. COPENHAVER, State Bar #5-2063
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839, Powell, WY 82435
307-754-2276
tracy@ckattorneys.net
Attorney for Powell Hospital District, Powell Valley Health Care, Inc., & Jeffrey Hansen, M.D.

CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing Motion for Leave to Amend Initial Pretrial Order via CM/ECF mail notification to the following, this 15th day of March, 2016:

Judith Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
jstuder@schwartzbon.com

Joanna R. Vilos
Holland & Hart, LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003
jvilos@hollandhart.com

Jose A. Ramirez
Holland & Hart
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003
jramirez@hollandhart.com

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
702 Randall Avenue
Cheyenne, WY 82001
jtiedeken@mtslegal.net

Jon F. Sands
Sweetbaum, Sands, Anderson PC
1125 17th Street, #2100
Denver, CO 80202
jsands@sweetbaumsands.com

Deborah M. Kellam
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, WY 82001
kellamd@hallevans.com

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
cspevacek@meagher.com
tbrown@meagher.com

Catherine A. Naltas and R. Jeff Carlisle
Lynberg & Watkins
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017
cnaltsas@lynberg.com
jcarlisle@lynberg.com

/s/ Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC