Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone (307) 754-2276
Fax (307) 754-4744
Email tracy@ckattorneys.net

Attorney for Powell Valley Health Care, Inc.,
Powell Hospital District, and Dr. Jeffrey Hansen

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, ) ) ) Plaintiff, ) ) vs. ) ) POWELL HOSPITAL DISTRICT, ) POWELL VALLEY HEALTH CARE, ) INC., HEALTHTECH MANAGEMENT ) SERVICES, INC., JEFFREY HANSEN, ) M.D., and WILLIAM D. PATTEN, ) ) Defendants. ) ) and ) ) HEALTHTECH MANAGEMENT ) SERVICES, INC. and BILL PATTEN, ) ) Counterclaimants ) ) vs. ) ) UMIA INSURANCE, INC. and ) LEXINGTON INSURANCE COMPANY, ) ) Counterclaim-Defendants ) | Case No. 15-CV-31-J<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**MOTION FOR LEAVE TO WITHDRAW FROM FURTHER REPRESENTATION OF JEFFREY HANSEN, M.D.** |

1

|  |  |
|---|---|
| and | ) |
|  | ) |
| POWELL HOSPITAL DISTRICT, | ) |
| POWELL VALLEY HEALTH CARE, | ) |
| INC., and JEFFREY HANSEN, M.D., | ) |
|  | ) |
| Cross-Claimants, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UMIA INSURANCE, INC., and | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
|  | ) |
|  | ) |
| Crossclaim-Defendants. | ) |

COMES NOW, Tracy J. Copenhaver of Copenhaver, Kath, Kitchen & Kolpitcke, LLC, and moves this Court for an Order authorizing Mr. Copenhaver to withdraw from further representation of Jeffrey Hansen, M.D.  During the initial phase of this litigation, it came to the attention of Mr. Copenhaver that there likely could be a conflict of interest between his current representation of the Hospital (Powell Valley Health Care, Inc. and Powell Hospital District) and his representation of Jeffrey Hansen, M.D.  Although each of those parties is insured by virtue of the same insurance policy, claims and assertions made by the insurers and information discovered by Mr. Copenhaver during the discovery process and through discussions with the Hospital have revealed information which Mr. Copenhaver believes has or will create a conflict of interest.  Mr. Copenhaver believes he cannot in good faith continue to represent both Jeffrey Hansen, M.D. and the Hospital. Counsel has advised Dr. Hansen of the nature and details of the concerns giving rise to the conflict of interest and of his need to retain other counsel and comply with all the Court-ordered deadlines currently in place.

There is filed herewith the Consent of Jeffrey Hansen to the withdrawal of Tracy J. Copenhaver as counsel of record for Jeffrey Hansen, M.D., which Consent further confirms that Dr. Hansen has been advised of the requirement that he comply with the Court's deadlines and of the recommendation that he seek other counsel. Dr. Hansen has consented to Mr. Copenhaver's continued representation of Powell Valley Health Care, Inc. and Powell Hospital District.

Mr. Copenhaver has notified all other counsel of record of his intent to file a Motion to Withdraw from further representation of Dr. Hansen and none of the other parties have objected to the Motion.

WHEREFORE, Movant requests that this Court enter its Order authorizing Mr. Copenhaver to withdraw from any further legal representation of Jeffrey Hansen, M.D. in the above-entitled action.

DATED this 27th day of April, 2016.

/s/ *Tracy J. Copenhaver*
TRACY J. COPENHAVER, State Bar #5-2063
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839, Powell, WY 82435
307-754-2276
tracy@ckattorneys.net
Attorney for Powell Hospital District, Powell Valley Health Care, Inc., & Jeffrey Hansen, M.D.

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for to Withdraw via CM/ECF mail notification to the following, this 27th day of April, 2016:

Judith Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
jstuder@schwartzbon.com

Joanna R. Vilos
Holland & Hart, LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003
jvilos@hollandhart.com

Jose A. Ramirez
Holland & Hart
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003
jramirez@hollandhart.com

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
702 Randall Avenue
Cheyenne, WY 82001
jtiedeken@mtslegal.net

Jon F. Sands
Sweetbaum, Sands, Anderson PC
1125 17th Street, #2100
Denver, CO 80202
jsands@sweetbaumsands.com

Deborah M. Kellam
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, WY 82001
kellamd@hallevans.com

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
cspevacek@meagher.com
tbrown@meagher.com

Catherine A. Naltas and R. Jeff Carlisle
Lynberg & Watkins
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017
cnaltsas@lynberg.com
jcarlisle@lynberg.com

Jeffrey Hansen, M.D.
jnhansenmd@gmail.com


                    /s/ *Tracy J. Copenhaver*
                    COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC