Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone (307) 754-2276
Fax (307) 754-4744
Email tracy@ckattorneys.net

Attorney for Powell Valley Health Care, Inc.,
Powell Hospital District, and Dr. Jeffrey Hansen

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING
_____

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | |
| Plaintiff, | |
| vs. | Case No. 15-CV-31-J |
| POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTH CARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D., and WILLIAM D. PATTEN, | |
| Defendants. | |
| and | |
| HEALTHTECH MANAGEMENT SERVICES, INC. and BILL PATTEN, | |
| Counterclaimants | |
| vs. | **STIPULATION OF PLAINTIFF HOMELAND INSURANCE COMPANY OF NEW YORK AND POWELL HOSPITAL DISTRICT AND POWELL VALLEY HEALTH CARE, INC. AMENDING COUNTERCLAIM** |
| UMIA INSURANCE, INC. and LEXINGTON INSURANCE COMPANY, | |
| Counterclaim-Defendants | |

1

|  |  |
|---|---|
| and | ) |
|  | ) |
| POWELL HOSPITAL DISTRICT, | ) |
| POWELL VALLEY HEALTH CARE, | ) |
| INC., and JEFFREY HANSEN, M.D., | ) |
|  | ) |
| Cross-Claimants, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UMIA INSURANCE, INC., and | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
|  | ) |
| Crossclaim-Defendants. | ) |

COME NOW, the Plaintiff Homeland Insurance Company of New York, and the Defendants Powell Hospital District and Powell Valley Health Care, Inc., and stipulate and agree that the Counterclaim of these Defendants against Plaintiff be amended to incorporate the claim of Mark Bonamarte which is currently in the Medical Review Panel phase, as an additional underlying claimant the same as the other claimants set forth in the Counterclaim, with the understanding that this litigation will be determinative of the defense and coverage obligations applicable to his claim the same as the other underlying claimants set forth in the Counterclaim.  The allegations and pleadings of these Defendants as set forth in their Counterclaim and the responses and defenses of the Plaintiff as set forth in its Answer and Affirmative Defenses to Counterclaim, shall all be deemed applicable to the claim of Mr. Bonamarte the same as the other underlying claimants set forth in the Counterclaim.  A copy of the notice of claim provided to Plaintiff and the notice of MRP filing have been received by Plaintiff and these Defendants have received the acknowledgment and reservation of rights letters and determination by

Plaintiff that there is no obligation to indemnify the claim of Mark Bonamarte.  Any and all objections and/or defenses previously asserted by Plaintiff in response to the Counterclaim of these Defendants shall be equally applicable to the claim of Mark Bonamarte.  Both parties stipulate and agree that there is no need to further amend the Counterclaim or the Answer and Affirmative Defenses to the Counterclaim by Defendants or Plaintiff.

DATED this 29th day of April, 2016.

/s/ Tracy J. Copenhaver
TRACY J. COPENHAVER, State Bar #5-2063
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839, Powell, WY 82435
307-754-2276
tracy@ckattorneys.net
Attorney for Powell Hospital District and Powell Valley Health Care, Inc.


/s/ Tiffany Brown
TIFFANY BROWN
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
tbrown@meagher.com
Attorney for Plaintiff Homeland Insurance Company of New York