Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone (307) 754-2276
Fax (307) 754-4744
Email tracy@ckattorneys.net

Attorney for Powell Valley Health Care, Inc.,
Powell Hospital District, and Dr. Jeffrey Hansen

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

_____

| | | |
|---|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 15-CV-31-J |
| POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTH CARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D., and WILLIAM D. PATTEN, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| HEALTHTECH MANAGEMENT SERVICES, INC. and BILL PATTEN, | ) ) ) | |
| Counterclaimants | ) ) | |
| vs. | ) ) | **MOTION OF POWELL VALLEY HEALTH CARE, INC. AND POWELL** |
| UMIA INSURANCE, INC. and LEXINGTON INSURANCE COMPANY, | ) ) ) | **HOSPITAL DISTRICT FOR LEAVE TO FILE AN AMENDED CROSSCLAIM AGAINST COUNTER CLAIM** |
| Counterclaim-Defendants | ) | **DEFENDANT UMIA INSURANCE, INC.** |

1

|                                            | ) |
| ------------------------------------------ | - |
| and                                        | ) |
|                                            | ) |
| POWELL HOSPITAL DISTRICT,                  | ) |
| POWELL VALLEY HEALTH CARE,                 | ) |
| INC., and JEFFREY HANSEN, M.D.,            | ) |
|                                            | ) |
| Cross-Claimants,                           | ) |
|                                            | ) |
| vs.                                        | ) |
|                                            | ) |
| UMIA INSURANCE, INC., and                  | ) |
| LEXINGTON INSURANCE COMPANY,               | ) |
|                                            | ) |
|                                            | ) |
| Crossclaim-Defendants.                     | ) |

COME NOW, the Defendants Powell Valley Health Care, Inc. and Powell Hospital District, and move this Court for leave to file their Amended Crossclaim against UMIA Insurance, Inc. This Court, in its Order on Initial Pretrial Conference, ordered that the parties be allowed to file amended pleadings alleging new claims to pleadings on or before May 1, 2016. UMIA, in its Crossclaim against Powell Hospital District, Powell Valley Health Care, Inc. and Jeffrey Hansen, M.D., referenced various claims that had been filed at the time UMIA filed its Crossclaim and, in addition, referenced numerous other notices of governmental claim and applications for claim reviews by unnamed former patients whose identities were not set forth therein. At that time, UMIA was defending all claims tendered to it on behalf of these Defendants except for the DiPilla claim, subject to a reservation of rights. UMIA has now determined not to provide a defense for a claim filed against these Defendants on behalf of Nancy and Larry Heiser, and also has affirmatively asserted that it intends not just to reserve rights, but to deny coverage as to all other claims it is defending on behalf of these Defendants. It is in the interests of all parties and judicial

economy that all of those claims be resolved in this litigation and these Defendants seek leave to amend their Crossclaim to specifically include a claim arising out of the attempt by UMIA to deny a defense to those claims it is not defending and to deny coverage to all other claims which it is defending and seeks to deny coverage for.  The purpose of the amended Crossclaim is to include all claims in this declaratory judgment action.  A copy of the Amended Crossclaim is attached hereto.

These Defendants had inquired of UMIA as to whether or not they had any objection, and have now been advised that UMIA has no objection to the proposed Amended Crossclaim.

DATED this 5th day of May, 2016.

/s/ *Tracy J. Copenhaver*
TRACY J. COPENHAVER, State Bar #5-2063
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839, Powell, WY 82435
307-754-2276
tracy@ckattorneys.net
Attorney for Powell Hospital District, Powell Valley Health Care, Inc., & Jeffrey Hansen, M.D.

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for to Leave to file Amended Counterclaim against UMIA Insurance  via CM/ECF mail notification to the following, this 5th day of May, 2016:

Judith Studer
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601
jstuder@schwartzbon.com

Joanna R. Vilos
Holland & Hart, LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003
jvilos@hollandhart.com

Jose A. Ramirez
Holland & Hart
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003
jramirez@hollandhart.com

Julie Nye Tiedeken
McKellar, Tiedeken & Scoggin, LLC
702 Randall Avenue
Cheyenne, WY 82001
jtiedeken@mtslegal.net

Jon F. Sands
Sweetbaum, Sands, Anderson PC
1125 17th Street, #2100
Denver, CO 80202
jsands@sweetbaumsands.com

Deborah M. Kellam
Hall & Evans, LLC
2015 Central Avenue, Suite C
Cheyenne, WY 82001
kellamd@hallevans.com

Charles E. Spevacek
Tiffany M. Brown
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
cspevacek@meagher.com
tbrown@meagher.com

Catherine A. Naltas and R. Jeff Carlisle
Lynberg & Watkins
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017
cnaltsas@lynberg.com; jcarlisle@lynberg.com

Jeffrey Hansen, M.D.
jnhansenmd@gmail.com


                          /s/ *Tracy J. Copenhaver*
                          COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC