# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*11:42 am, 4/16/18*

**Stephan Harris**
**Clerk of Court**

HOMELAND INSURANCE COMPANY OF NEW YORK

        Plaintiff,

vs.

POWELL HOSPITAL DISTRICT NO 1, HEALTHTECH MANAGEMENT SERVICES INC, MD JEFFREY HANSON, WILLIAM D PATTEN, SCOTT R GOLDSTEIN,

        Defendant.

Case Number: 15-CV-31-J

## CIVIL MINUTE SHEET STATUS/SCHEDULING CONFERENCE

☑ Scheduling Conference

Date: 04/16/2018    Time: 10:25- 11:25

| Alan B. Johnson | Sarah Williamson | Monique Gentry | Al Walsh |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Tiffany Brown, Charles Spaveck, Judith Studer,

Attorney(s) for Defendant(s)    Tracy Copenhaver, Jose Ramirez, Sarah Kellogg, Robert Krause, Jon Moyers, Mel Orchard, William Fix, Jessica Simons, Deborah Kellam, Catherine Naltsas, Kathryn Kohn Troldahl, Scott Goldstein((personal injury trustee)

Other:

Plaintiff Expert Witness Designation Deadline: _____

Defendant Expert Witness Designation Deadline: _____

Discovery Due: _____

Other Fact Witness Deadline: _____

Stipulation Deadline: _____

Dispositive Motions Deadline _____

MINUTE SHEET STATUS CONFERENCE
15-CV-31-J

Dispositive Motions Hearing

☐ Including Daubert Challenges

Dispositive Motions Response Deadline

Reply Deadline

Final Pretrial Conference Set:

Jury Trial Set:    3/9/2020 at 1:30 pm (will be set in later order)

Status Conference Set:

Other:

Written Order to enter after parties file an agreed proposed schedule.