# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U S DISTRICT COURT

JUN 14 2019

U.S. MAGISTRATE JUDGE

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiff,<br>v.<br><br>POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTHCARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D., and WILLIAM D. PATTEN,<br><br>Defendants,<br><br>AND<br><br>HEALTHTECH MANAGEMENT SERVICES, INC. and WILLIAM D. PATTEN,<br><br>Counter-claimants,<br>v.<br><br>UMIA INSURANCE, INC. and LEXINGTON INSURANCE COMPANY,<br><br>Counterclaim-Defendants. | Case Number: 1:15-cv-00031-ABJ |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pursuant to the Motion to Withdraw as Counsel filed by Joanna R. Vilos and Jose A. Ramirez and the law firm of Holland & Hart LLP and good cause having been shown,

THIS COURT HEREBY ORDERS that the withdrawal of Joanna R. Vilos and Jose A. Ramirez and the law firm of Holland & Hart LLP in the representation of HealthTech Management Services Inc. and William D. Patten in the above action is hereby granted.

1

Dated: June 14, 2018

Mark L. Carman
United States Magistrate Judge