Tracy J. Copenhaver
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
P.O. Box 839
Powell, WY 82435
Telephone (307) 754-2276
Fax (307) 754-4744
Email tracy@ckattorneys.net

Attorney for Powell Valley Health Care, Inc.,
Powell Hospital District, and Dr. Jeffrey Hansen

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | |
| Plaintiff, | |
| vs. | Case No. 15-CV-31-J |
| POWELL HOSPITAL DISTRICT, POWELL VALLEY HEALTH CARE, INC., HEALTHTECH MANAGEMENT SERVICES, INC., JEFFREY HANSEN, M.D., and WILLIAM D. PATTEN, | |
| Defendants. | |
| and | |
| HEALTHTECH MANAGEMENT SERVICES, INC. and BILL PATTEN, | |
| Counterclaimants | |
| vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| UMIA INSURANCE, INC. and LEXINGTON INSURANCE COMPANY, | |
| Counterclaim-Defendants | |

1



|  |  |
|---|---|
| and | ) |
|  | ) |
| POWELL HOSPITAL DISTRICT, | ) |
| POWELL VALLEY HEALTH CARE, | ) |
| INC., and JEFFREY HANSEN, M.D., | ) |
|  | ) |
| Cross-Claimants, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| UMIA INSURANCE, INC., and | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
|  | ) |
| Crossclaim-Defendants. | ) |

COME NOW, Powell Hospital District (the "District") and Lexington Insurance Company ("Lexington"), by and through their respective counsel, and enter into this Stipulation for Dismissal without Prejudice (the "Stipulation") and state as follows:

1. District filed its Crossclaim against Counterclaim Defendant Lexington on October 18, 2015 seeking a declaration of coverage under certain insurance policies issued by Lexington which named District as an insured.

2. Lexington filed its Answer and defenses to the District's Crossclaim, which Answer was filed on November 9, 2015.

3. On May 16, 2016, PVHC filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming, Case No. 16-20326.

4. On January 24, 2018, the Bankruptcy Court entered its Order confirming the Amended Chapter 11 Plan of Reorganization for Powell Valley Health Care, Inc. (the "Confirmation Order") [Bankruptcy ECF No. 826].

5. Pursuant to the terms of the Confirmation Order and the Amended Chapter 11 Plan [Bankruptcy ECF No. 807] approved thereunder, a personal injury trust was established to pay the claimants asserting claims against Hansen and Scott J. Goldstein was appointed as the Trustee thereof, such that Scott J. Goldstein is the successor in interest to PVHC in connection with this action.

6. Pursuant to the terms of the Confirmation Order and the Amended Chapter 11 Plan, the District has been released of liability and/or provided protection under the terms of the PVHC Confirmation Order and Amended Chapter 11 Plan and related documents.

7. Pursuant to the terms of the Confirmation Order and Amended Chapter 11 Plan, the District has made concessions and agreed to forego certain rent payments in exchange for its release of liability.

8. As a result of the agreements approved by the Bankruptcy Court, the District no longer desires to pursue its claims against Lexington and has agreed to dismiss all claims against Lexington asserted in this litigation without prejudice and agrees and stipulates not to reassert any claims against Lexington unless Lexington asserts claims in this litigation against the District.

9. Lexington acknowledges that it has not asserted in this litigation any claims against District.

10. The persons signing this Stipulation on behalf of each party stipulate that they are authorized to make the representations set forth herein on behalf of their clients.

11. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(2), District and Lexington stipulate to the dismissal of the District's claims against Lexington without

prejudice as set forth above. The parties further stipulate that upon approval of this Stipulation by the Court, the District should be dismissed from this action.

12. IT IS FURTHER STIPULATED AND AGREED that without further notice, the above-referenced claims of District against Lexington are dismissed without prejudice and without costs, fees, or disbursements of either of the parties.

Dated: July 12, 2018

TRACY J. COPENHAVER, WSB #5-2063
COPENHAVER, KATH, KITCHEN & KOLPITCKE, LLC
tracy@ckattorneys.net
P.O. Box 839, Powell, WY 82435
(307) 754-2276
Attorney for Powell Hospital District

Dated July 13th, 2018

DEBORAH M. KELLAM
HALL & EVANS, LLC
866 North 4th Street, Suite 3
Laramie, WY 82072

R. Jeff Carlisle/Catherine A. Naltas
LYNBERG & WATKINS, APC
1150 Olive Street Suite 1800
Los Angeles, CA 90015
and/or

Attorneys for Lexington Insurance Company

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system and served on the following individuals via:

| | |
|---|---|
| Charles E. Spevacek<br>Tiffany M. Brown<br>Meagher & Geer PLLP<br>33 South Sixth Street Suite 4400<br>Minneapolis, MN 55402<br>cspevacek@meagher.com<br>tbrown@meagher.com<br>Attorneys for Homeland Insurance Company of New York | CM/ECF |
| Judith A. Studer<br>Schwartz Bon Walker & Studer<br>141 South Center Street Suite 505<br>Casper, WY 82601<br>jstuder@schwartzbon.com<br>Attorney for Homeland Insurance Company of New York | CM/ECF |
| R. Jeff Carlisle<br>Catherine A. Naltas<br>Lynberg & Watkins<br>1150 Olive Street Suite 1800<br>Los Angeles, CA 90015<br>Attorney for Lexington Insurance Company | CM/ECF |
| Deborah G. Muirhead Kellam<br>Hall & Evans<br>866 N. 4th Street, Suite 3<br>Laramie, WY 82072<br>Attorney for Lexington Insurance Company | CM/ECF |
| Julie Tiedeken<br>McKellar, Tiedeken & Scoggin, LLC<br>702 Randall Avenue<br>Cheyenne, WY 82001<br>jtiedeken@mtslegal.net<br>Counsel for UMIA Insurance, Inc. | CM/ECF |

| | |
|---|---|
| Marilyn Chappell<br>Jon F. Sands<br>Sweetbaum Sands Anderson PC<br>1125 17th Street Suite 2100<br>Denver, CO 80202<br>mchappell@sweetbaumsands.com<br>jsands@sweetbaumsands.com<br>Counsel for UMIA Insurance, Inc. | CM/ECF |
| Joanna R. Vilos<br>Holland & Hart<br>P.O. Box 1347<br>Cheyenne, WY 82003<br>jvilos@hollandhart.com<br>Attorney for HealthTech Management Services, Inc.<br>and William D. Patten | CM/ECF |
| Jose A. Ramirez<br>Holland & Hart LLP<br>6380 South Fiddler's Green Circle Suite 500<br>Greenwood Village, CO 80111<br>jramirez@hollandhart.com<br>Attorney for HealthTech Management Services, Inc. | CM/ECF |
| Jon M. Moyers<br>Moyers Law P.C.<br>3936 Avenue B., Suite D<br>Billings, MT 59101<br>jon@jmoyerslaw.com<br>Attorneys for Scott J. Goldstein | CM/ECF |
| Robert Krause<br>Mel Orchard<br>Sarrah Kellogg<br>Elizabeth Richards<br>The Spence Law Firm, LLC<br>P.O. Box 548<br>Jackson, WY 83001<br>krause@spencelawyers.com<br>Attorneys for Scott J. Goldstein | CM/ECF |

Kathryn Kohn Troldahl                                                                                         CM/ECF
Kohn Law, P.A.
P.O. Box 390074
Minneapolis, MN 55439
kohnkathryn1@gmail.com
Attorneys for Scott J. Goldstein

this 13th day of July, 2018.

_____
COPENHAVER,   KATH,   KITCHEN   &
KOLPITCKE, LLC