| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 000143 | PVH - 000194 | Attorney Work Product | undated | Annotated One Beacon Policy |
| PVH - 000208 | PVH - 000212 | Attorney Work Product | undated | Annotated letter from Mr. Spevacek on November 25, 2014 |
| PVH - 000570 | PVH - 000572 | Attorney Work Product | undated | Draft letter from T. Copenhaver to C. Spevacek, Jan. 29, 2015 |
| PVH - 000573 | PVH - 000575 | Attorney Work Product | undated | Draft letter from T. Copenhaver to C. Spevacek, Jan. 29, 2015 |
| PVH - 000576 | PVH - 000578 | Attorney Work Product | undated | Draft letter from T. Copenhaver to C. Spevacek, Jan. 29, 2015 |
| PVH - 000609 | PVH - 000609 | Attorney-Client Privilege, Peer Review, Quality Management, Medical Committee | 4/3/14 | Emails between J. Oven, C. Voigt, T. Seeley, W. Patten discussing findings of peer review |
| PVH - 003342 | PVH - 003345 | Attorney-Client | 1/7/14 | Emails with attorney Fitzgerald |
| PVH - 003530 | PVH - 003530 | Board of Medicine, Peer Review, Quality Management, Medical Committee | 1/2/13 | Correspondence relating to Wyoming Board of Medicine |
| PVH - 003531 | PVH - 003531 | Board of Medicine, Peer Review, Quality Management, Medical Committee | 1/2/13 | Correspondence relating to Wyoming Board of Medicine |
| PVH - 003532 | PVH - 003540 | Board of Medicine | 1/2/13 | Letter from Dr. Hansen to Wyoming Board of Medicine |
| PVH - 003541 | PVH - 003541 | Board of Medicine, Peer Review, Quality Management, Medical Committee | undated | Handwritten notes regarding Wyoming Board of Medicine proceeding |
| PVH - 003542 | PVH - 003543 | Peer Review, Quality Management, Medical Staff Committee | 1/10/14 | Correspondence between T. Seeley and Advanced Medical Reviews |
| PVH - 003544 | PVH - 003545 | Peer Review, Quality Management, Medical Staff Committee | 1/9/14 | Correspondence between T. Seeley and Advanced Medical Reviews |
| PVH - 003546 | PVH - 003546 | Attorney-Client Privilege, Wyoming Board of Medicine | 1/11/13 | Emails with attorney J. Fitzgerald relating to Wyoming Board of Medicine |
| PVH - 003547 | PVH - 003548 | Attorney-Client Privilege, Wyoming Board of Medicine | 1/11/13 | Emails with attorney J. Fitzgerald relating to Wyoming Board of Medicine |
| PVH - 003549 | PVH - 003551 | Attorney-Client Privilege, Wyoming Board of Medicine | 1/11/13 | Emails with attorney J. Fitzgerald relating to Board of Medicine |
| PVH - 003553 | PVH - 003557 | NPDB Report | 1/11/14 | NPDB Report |
| PVH - 003558 | PVH - 003558 | Peer Review, Quality Management, Medical Staff Committee | 1/13/14 | Letter from R. Chandler to J. Hansen regarding medical executive committee proceedings |
| PVH - 003559 | PVH - 003565 | Peer Review, Quality Management, Medical Staff Committee | 1/13/14 | Peer Review Report |
| PVH - 003566 | PVH - 003572 | Peer Review, Quality Management, Medical Staff Committee | 1/13/14 | Peer Review Report |
| PVH - 003573 | PVH - 003576 | Peer Review, Quality Management, Medical Staff Committee | 1/13/14 | Peer Review Report |

EXHIBIT D.1

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 003577 | PVH - 003577 | Wyoming Board of Medicine | 1/13/14 | Wyoming Board of Medicine correspondence |
| PVH - 003578 | PVH - 003580 | Wyoming Board of Medicine | 1/13/14 | Wyoming Board of Medicine document |
| PVH - 003581 | PVH - 003581 | Wyoming Board of Medicine | 1/14/13 | Wyoming Board of Medicine correspondence |
| PVH - 003582 | PVH - 003582 | Peer Review, Quality Management, Medical Staff Committee | 1/14/14 | Powell Valley Health Care "Peer Review Form" |
| PVH - 003583 | PVH - 003585 | Peer Review, Quality Management, Medical Staff Committee | 1/14/14 | Powell Valley Health Care "Peer Review Form" |
| PVH - 003586 | PVH - 003587 | Peer Review, Quality Management, Medical Staff Committee | 1/14/14 | Powell Valley Health Care "Peer Review Form" |
| PVH - 003588 | PVH - 003591 | Peer Review, Quality Management, Medical Staff Committee | 1/14/14 | PPEC Committee memo |
| PVH - 003596 | PVH - 003606 | Peer Review, Quality Management, Medical Staff Committee | 1/15/14 | Email from V. Lengfelder to T. Seeley, W. Patten, M. Bolhman, S. Surney, J. Keeler, J. McEvoy with |
| PVH - 003628 | PVH - 003628 | Peer Review, Quality Management, Medical Staff Committee | 1/15/14 | Email from T. Seeley to W. Patten & V. Lengfelder |
| PVH - 003630 | PVH - 003630 | Peer Review, Quality Management, Medical Staff Committee, Attorney- Client | 1/18/13 | Email from W. Patten to G. Harris, T. Asay, J. Fitzgerald |
| PVH - 003634 | PVH - 003636 | Peer Review, Quality Management, Medical Staff Committee | 1/20/14 | Peer Review Final Report |
| PVH - 003637 | PVH - 003638 | Peer Review, Quality Management, Medical Staff Committee, Attorney- Client | 12/23/13 | Email from W. Patten to PVHC Board and attorney J. Fitzgerald |
| PVH - 003663 | PVH - 003667 | Peer Review, Quality Management, Medical Staff Committee | 2/6/13 | Peer Review Final Report |
| PVH - 003674 | PVH - 003680 | Peer Review, Quality Management, Medical Staff Committee | 2/6/13 | Peer Review Final Report |
| PVH - 003681 | PVH - 003684 | Peer Review, Quality Management, Medical Staff Committee | 2/6/13 | Peer Review Final Report |
| PVH - 003685 | PVH - 003691 | Peer Review, Quality Management, Medical Staff Committee | 2/6/13 | Peer Review Final Repot |
| PVH - 003692 | PVH - 003698 | Peer Review, Quality Management, Medical Staff Committee | 2/6/13 | Peer Review Final Report |
| PVH - 003712 | PVH - 003720 | Peer Review, Quality Management, Medical Staff Committee | 2/12/14 | Email from W. Patten to C. Benander (Compliance professional at HealthTech Management Services, Inc.) regarding peer review |
| PVH - 003723 | PVH - 003724 | Peer Review, Board of Medicine, Quality Management | 3/1/13 | Email from T. Seeley to A. Campeau |

EXHIBIT D.2

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 003725 | PVH - 003726 | Peer Review, Quality Management, Medical Staff Committee, Attorney-Client Privilege, Wyoming Board of Medicine | 3/1/13 | Email from T. Seeley to W. Patten and attorney J. Fitzgerald |
| PVH - 003727 | PVH - 003729 | Peer Review, Quality Management, Medical Staff Committee, Attorney-Client Privilege, Wyoming Board of Medicine | 3/4/13 | Emails between attorney J. Fitzgerald, |
| PVH - 003730 | PVH - 003730 | Peer Review, Quality Management, Medical Staff Committee | 3/16/11 | Letter from K. Rood (on behalf of PPEC) to Mountain Pacific Health Foundation providing records and information for outside case review. |
| PVH - 003731 | PVH - 003738 | Peer Review, Quality Management, Medical Staff Committee | 3/16/11 | Letter from K. Rood (on behalf of PPEC) to Mountain Pacific Health Foundation providing records and information for outside case review. |
| PVH - 003746 | PVH - 003758 | Peer Review, Quality Management, Medical Staff Committee | 4/5/12 | Peer Review Final Report |
| PVH - 003759 | PVH - 003760 | Peer Review, Quality Management, Medical Staff Committee | 4/6/11 | Peer Review Report |
| PVH - 003763 | PVH - 003771 | Peer Review, Quality Management, Medical Staff Committee | 5/2/11 | Peer Review Report |
| PVH - 003772 | PVH - 003772 | Wyoming Board of Medicine | 5/14/13 | Wyoming Board of Medicine correspondence |
| PVH - 003774 | PVH - 003774 | Peer Review, Quality Management, Medical Staff Committee | 6/18/10 | Letter to Hansen from L. Horton, Chair of Medical Staff Quality Improvement Committee |
| PVH - 003781 | PVH - 003831 | NPDB Report | | NPDB Report |
| PVH - 003848 | PVH - 003848 | Wyoming Board of Medicine | 9/13/10 | Wyoming Board of Medicine correspondence |
| PVH - 003849 | PVH - 003850 | Wyoming Board of Medicine | 9/13/10 | Wyoming Board of Medicine document |
| PVH - 003851 | PVH - 003851 | Peer Review, Quality Management, Medical Staff Committee | 9/16/13 | Hand written notes of Austin |
| PVH - 003862 | PVH - 003863 | Protected Patient Information | 10/8/08 | Letter from Patient to Dr. Hansen |
| PVH - 003905 | PVH - 003905 | Wyoming Board of Medicine | 11/3/09 | Wyoming Board of Medicine correspondence |
| PVH - 003906 | PVH - 003907 | Wyoming Board of Medicine | 11/3/09 | Wyoming Board of Medicine document |
| PVH - 003908 | PVH - 003908 | Attorney-Client Privilege, Work Product | 11/6/14 | Email from attorney S. Ortiz to attorney T. Copenhaver, T. Seeley |
| PVH - 003909 | PVH - 003909 | Peer Review, Quality Management, Medical Staff Committee | 11/20/13 | Email from V. Lengfelder to Medical Executive Committee members and Board of Directors |

EXHIBIT D.3

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 003910 | PVH - 003910 | Peer Review, Quality Management, Medical Staff Committee | 11/30/13 | Letter from V. Lenfelder, Chief of Medical Staff, to J. Hansen (cc: W. Patten, CEO and M. Wurzel, Board President) |
| PVH - 003913 | PVH - 003916 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003917 | PVH - 003919 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003920 | PVH - 003925 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003926 | PVH - 003929 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003930 | PVH - 003932 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003933 | PVH - 003949 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003950 | PVH - 003952 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003953 | PVH - 003960 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003961 | PVH - 003964 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003965 | PVH - 003968 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003969 | PVH - 003974 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003975 | PVH - 003977 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003978 | PVH - 003983 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003984 | PVH - 003987 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003988 | PVH - 003993 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Reviewer Final Report |
| PVH - 003996 | PVH - 003997 | Peer Review, Quality Management, Medical Staff Committee | 11/26/13 | Emails between L. Mangum and N. Rieb |
| PVH - 003998 | PVH - 003999 | Peer Review, Quality Management, Medical Staff Committee | 11/26/13 | Email from T. Seeley to W. Patten, V. Lengfelder, Nr. Rieb, M. Tracy |
| PVH - 004000 | PVH - 004084 | Peer Review, Quality Management, Medical Staff Committee | 11/26/13 | Email from T. Seeley to W. Patten, V. Lengfelder, N. Rieb, M. Tracy, C. Blanchard, B. Chandler, K. Christensen with peer review final reports attached |

EXHIBIT D.4

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 004085 | PVH - 004085 | Peer Review, Quality Management, Medical Staff Committee | 11/26/13 | Letter from V. Lengfelder, Chief of Medical Staff, to J. Hansen regarding Medical Staff Excecutive Committee findings and proceedings |
| PVH - 004086 | PVH - 004087 | Peer Review, Quality Management, Medical Staff Committee | 11/27/13 | Letter from V. Lengfelder, Chief of Medical Staff, to J. Hansen regarding Medical Staff Executive Committee findings and proceedings and Peer Review Committee |
| PVH - 004088 | PVH - 004089 | Peer Review, Quality Management, Medical Staff Committee | 11/27/13 | Letter from V. Lengfelder (Chief of Medical Staff) to J. Hansen (cc: W. Patten, CEO and M. Wurzel, Board President) regarding proceedings of the Medical Executive Committee |
| PVH - 004091 | PVH - 004094 | Peer Review, Quality Management, Medical Staff Committee | 12/2/13 | Peer Reviewer Final Report |
| PVH - 004095 | PVH - 004098 | Peer Review, Quality Management, Medical Staff Committee | 12/3/14 | Emails from 12/3/13 and 12/4/13 between T. Seeley, V. Lengfelder, K. Christensen, C. Blanchard, B. Chandler, W. Patten, N. Rieb, M. Tracy regarding Quality Management/ peer review process |
| PVH - 004100 | PVH - 004102 | Peer Review, Quality Management, Medical Staff Committee | 12/7/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004103 | PVH - 004105 | Peer Review, Quality Management, Medical Staff Committee | 12/10/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004106 | PVH - 004106 | Peer Review, Quality Management, Medical Staff Committee | 12/10/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004107 | PVH - 004108 | Peer Review, Quality Management, Medical Staff Committee | 12/10/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004109 | PVH - 004109 | Peer Review, Quality Management, Medical Staff Committee | 12/10/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004110 | PVH - 004111 | Peer Review, Quality Management, Medical Staff Committee | 12/10/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004112 | PVH - 004113 | Peer Review, Quality Management, Medical Staff Committee | 12/12/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004120 | PVH - 004121 | Peer Review, Quality Management, Medical Staff Committee | 12/17/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004122 | PVH - 004126 | Peer Review, Quality Management, Medical Staff Committee | 12/17/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004127 | PVH - 004132 | Peer Review, Quality Management, Medical Staff Committee | 12/17/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004133 | PVH - 004135 | Peer Review, Quality Management, Medical Staff Committee | 12/18/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004139 | PVH - 004140 | Peer Review, Quality Management, Medical Staff Committee | 12/19/13 | Powell Valley Health Care "Peer Review Form" |
| PVH - 004141 | PVH - 004141 | Peer Review, Quality Management, Medical Staff Committee | 12/19/13 | Recommendations of the PPEC |
| PVH - 004142 | PVH - 004145 | Peer Review, Quality Management, Medical Staff Committee | 12/20/13 | PPEC Committee Memo (V. Lengfleder, D. Bohlman, N. Rieb, J. McEvoy, S. Durney, J. Keeler, T. Seeley) |
| PVH - 004146 | PVH - 004149 | Peer Review, Quality Management, Medical Staff Committee | 12/20/13 | PPEC Committee memo |

EXHIBIT D.5

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 004161 | PVH - 004166 | NPDB Report | | NPDB Report |
| PVH - 004230 | PVH - 004252 | Peer Review, Quality Management, Medical Staff Committee | 1/13/14 | Various Peer Review Reports from Advanced Medical Reviews |
| PVH - 004255 | PVH - 004258 | Peer Review, Quality Management, Medical Staff Committee | 4/2/14 | Peer Review Report |
| PVH - 004394 | PVH - 004411 | Peer Review, Quality Management, Medical Staff Committee | undated | List of potential cases for peer |
| PVH - 004412 | PVH - 004412 | Peer Review, Quality Management, Medical Staff Committee | 11/20/13 | Email from V. Lengfelder to Medical Executive Committee members and Board of Directors |
| PVH - 004419 | PVH - 004441 | Peer Review, Quality Management, Medical Staff Committee | Sep-13 | Infection control records |
| PVH - 004442 | PVH - 004451 | Peer Review, Quality Management, Medical Staff Committee | 1/15/14 | Summary of materials/ cases and PPEC findings for the Medical Executive Committee |
| PVH - 004452 | PVH - 004456 | NPDB Materials | 1/11/14 | NPDB Materials |
| PVH - 004462 | PVH - 004512 | NPDB Materials | | NPDB Materials |
| PVH - 004513 | PVH - 004518 | Peer Review, Quality Management, Medical Staff Committee | undated | Chart relating to Hansen patients |
| PVH - 004519 | PVH - 004519 | Peer Review, Quality Management, Medical Staff Committee | undated | Letter from N. Rieb to J. Hansen regarding PPEC Committee findings |
| PVH - 004520 | PVH - 004523 | Peer Review, Quality Management, Medical Staff Committee, Wyoming Board of | undated | List of PPEC cases and documents |
| PVH - 004524 | PVH - 004530 | Peer Review, Quality Management, Medical Staff Committee | undated | Lists of cases sent to AMR Reviews |
| PVH - 004531 | PVH - 004533 | Attorney-Client Privilege, Work Product, Peer Review | 2/24/14 | Timeline created by attorney Fitzgerald. |
| PVH - 004597 | PVH - 004611 | Peer Review, Attorney Client | 3/27/14 | Email from attorney J. Fitzgerald to M. Wurzel, T. Copenhaver |
| PVH - 004612 | PVH - 004617 | Peer Review, Quality Management, Medical Staff Committee | undated | Chart of peer reviewed cases |
| PVH - 004630 | PVH - 004635 | Peer Review, Quality Management, Medical Staff Committee | undated | List of patients |
| PVH - 004636 | PVH - 004636 | Peer Review, Quality Management, Medical Staff Committee | undated | List of cases for outside review |
| PVH - 004649 | PVH - 004653 | Quality Management | 2/28/14 | Email from B. Mangum to PVHC Board of Directors |
| PVH - 004654 | PVH - 004658 | Quality Management, Peer Review | | B. Mangum summary for Peer |
| PVH - 004945 | PVH - 004954 | Peer Review, Quality Management, Medical Staff Committee | undated | Chart of PPEC findings/ impressions |
| PVH - 004972 | PVH - 004984 | Peer Review, Quality Management, Medical Staff Committee | undated | Chart of PPEC findings/ impressions |
| PVH - 004985 | PVH - 004989 | Peer Review, Quality Management, Medical Staff Committee | undated | Chart of PPEC findings/ impressions |

EXHIBIT D.6

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 005013 | PVH - 005018 | Peer Review, Quality Management, Medical Staff Committee | undated | Narrative of peer reviewed cases |
| PVH - 005025 | PVH - 005029 | Attorney-Client Privilege, Work Product | undated | Memo from S. Ortiz re peer review |
| PVH - 005030 | PVH - 005032 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer Review Charts Tracking Log |
| PVH - 005033 | PVH - 005034 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer Review Determination |
| PVH - 005035 | PVH - 005036 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer Review Determination |
| PVH - 005037 | PVH - 005037 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer Review Determination |
| PVH - 005038 | PVH - 005039 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer Review Determination |
| PVH - 005040 | PVH - 005040 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer Review Determination |
| PVH - 005041 | PVH - 005043 | Peer Review, Quality Management, Medical Staff Committee | undated | List of peer review progress and documents |
| PVH - 005044 | PVH - 005047 | Peer Review, Quality Management, Medical Staff Committee, Attorney- Client Privilege | 3/5/14 | 3/5/13 Email from T. Seeley to W. Patten & S. Anderson describing the Peer Review Process/ findings and 3/10/14 Email from W. Patten forwarding T. Seeley's email to T. Copenhaver and attorney J. Oven |
| PVH - 005048 | PVH - 005050 | Peer Review, Quality Management, Medical Staff Committee | undated | Correspondence from attorney Gregory Piche regarding PPEC |
| PVH - 005051 | PVH - 005052 | Peer Review, Quality Management, Medical Staff Committee | 12/5/13 | Minutes of PPEC Executive Session |
| PVH - 005053 | PVH - 005054 | Peer Review, Quality Management, Medical Staff Committee | 12/17/13 | Minutes of PPEC Executive Session |
| PVH - 005060 | PVH - 005060 | Peer Review, Quality Management, Medical Staff Committee | 12/19/12 | Minutes of PPEC Executive Session |
| PVH - 005061 | PVH - 005062 | Peer Review, Quality Management, Medical Staff Committee | 1/6/14 | Minutes of PPEC Executive Session |
| PVH - 005064 | PVH - 005065 | Peer Review, Quality Management, Medical Staff Committee | 6/2/14 | Minutes of PPEC Executive Session |
| PVH - 005074 | PVH - 005075 | Peer Review, Quality Management, Medical Staff Committee | 12/2/13 | Minutes of PPEC Executive Session |
| PVH - 005099 | PVH - 005103 | Peer Review, Quality management | | PPEC Notes |
| PVH - 005265 | PVH - 005267 | Attorney-Client Privilege, Work Product | 6/11/18 | Letter from attorney T. Copenhaver to attorney W. Reeves |
| PVH - 005322 | PVH - 005326 | Peer Review, Quality Management, Medical Staff Committee | 1/14/14 | PPEC Committee memo |
| PVH - 005678 | PVH - 005678 | Attorney-Client Privilege, Peer | 4/3/14 | Email from T. Seeley to attorneys J. Oven and C. Voigt |
| PVH - 005938 | PVH - 005938 | Peer Review, Quality Management, Medical Staff Committee | 12/11/13 | Email from W. Patten to V. Lengfelder, B. Chandler, N. Rieb, M. Tracy, C. Blanchard, M. Gilmore, T. Seeley |

EXHIBIT D.7

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 006018 | PVH - 006023 | Board of Medicine | 5/15/13 | Wyoming Board of Medicine Application to Renew License to Practice Medicine for the period of July 1, 2013 through June 30, 2014 |
| PVH - 006024 | PVH - 006030 | Board of Medicine | 9/15/09 | DEA renewal for Dr. Hansen |
| PVH - 006031 | PVH - 006034 | Board of Medicine | | Wyoming Board of Medicine document |
| PVH - 006057 | PVH - 006058 | Peer Review, Quality Management | 12/5/13 | T. Seeley tasks for PPEC |
| PVH - 006083 | PVH - 006085 | Peer Review, Attorney-Client | 2/6/12 | Emails between C. Brewer, Float Pool/ Quality Improvement/ Risk Management Director and S. Lucy, Senior Claims Analyst at Chartis, in part discussing advice of counsel |
| PVH - 006402 | PVH - 006407 | Attorney-Client Privilege | 9/24/14 | Emails from 9/23/14 and 9/24/13 between W. Patten, T. Seeley and attorney T. |
| PVH - 006435 | PVH - 006435 | Peer Quality Management | 10/.18/12 | Wyoming Attorney General Letter to PVHC re: Dr. Hansen |
| PVH - 006601 | PVH - 006601 | Peer Review, Quality management | 11/26/14 | Infection rates for peer review and quality management |
| PVH - 006633 | PVH - 006633 | Peer Review, Quality Management, Medical Staff Committee, attorney client | 04/13/14 | Email between B.Patten and T. Seeley re PPEC and attorney search |
| PVH - 006709 | PVH - 006709 | Attorney-Client | 12/29/14 | Email from M. Long to S. Hammond, S. Pierce, K. Nagel, T. Copenhaver, |
| PVH - 006710 | PVH - 006710 | Attorney-Client | 12/29/14 | Email from M. Long to S. Hammond, S. Pierce, K. Nagel, W. Patten, and |
| PVH - 006720 | PVH - 006723 | Attorney-Client | 3/18/14 | Emails between T. Seeley, W. Patten, B. Sullivan, S. Cunningham, B. Bischer, and attorney T. Copenhaver |
| PVH - 010981 | PVH - 010981 | Wyoming Board of Medicine | 2/2/10 | Correspondence from WY Board of Medicine to Jeff Oven (Crowley Fleck) |
| PVH - 011000 | PVH - 011000 | Peer Review, Quality Management | 5/13/13 | Email communication between B. Patten, T. Seeley, S Goguill re WYBOM |
| PVH - 011001 | PVH - 011001 | Wyoming Board of Medicine | 05/14/13 | Correspondence from the Wyoming Board of Medicine |
| PVH - 011003 | PVH - 011004 | Wyoming Board of Medicine | 05/14/13 | Correspondence with the Wyoming Board of Medicine |
| PVH - 011165 | PVH - 011165 | Professional Assistance | privileged | Wyoming Professional Assistance Document |
| PVH - 011166 | PVH - 011168 | Professional Assistance | privileged | Wyoming Professional Assistance Document |

EXHIBIT D.8

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 011169 | PVH - 011169 | Professional Assistance | privileged | Wyoming Professional Assistance Document |
| PVH - 011170 | PVH - 011171 | Peer Review, Quality management | | Quality Management discussion between N. Rieb and T. Seeley re: cases Mangum discussed with N. |
| PVH - 011286 | PVH - 011287 | Quality Assurance, Patient Privacy | privileged | Seeley email to Sina Coguill requesting info on a list of patients and their claims |
| PVH - 011832 | PVH - 011832 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer review infection study |
| PVH - 022529 | PVH - 022529 | Quality Management- Homeland already has this do we want to claw it back? | 5/7/13 | Email from T. Seeley to W. Patten |
| PVH - 022530 | PVH - 022530 | Peer Review, Quality Management, Medical Staff Committee | 5/8/13 | Email from T. Seeley to W. Patten |
| PVH - 022531 | PVH - 022531 | Peer Review, Quality Management, Medical Staff Committee | 8/13/13 | Emails between W. Patten, V. Lengfelder, N. Rieb |
| PVH - 022631 | PVH - 022631 | Professional Assistance | | Professional Assistance documents |
| PVH - 022892 | PVH - 022897 | Peer Review, Quality Management, Medical Staff Committee | 12/24/10 | Physician Performance Review |
| PVH - 022989 | PVH - 022989 | Professional Assistance | privileged | Professional Assistance documents |
| PVH - 025450 | PVH - 025452 | Attorney-work product | 7/30/15 | Draft letter to C. Spevacek |
| PVH - 025473 | PVH - 025474 | Peer Review, Quality Management | 03/12/13 | T. Seeley email with S. Corguill re attorneys in discussion with Hansen |
| PVH - 025483 | PVH - 025483 | Peer Review, Quality management | 10/8/14 | Emails between T. Seeley and B. Patten re Wilson |
| PVH - 025484 | PVH - 025485 | Peer Review, Quality management | 10/11/13 | Emails between B. Mangum, T. Seeley, N. Rieb, and B. Patten re medical/surgical issue |
| PVH - 025490 | PVH - 025492 | Peer Review, Quality Management, Medical Staff Committee | 10/9/13 | Emails between T. Seeley, B. Patten, V. Lengfelder, N. Rieb |
| PVH - 025493 | PVH - 025493 | Peer Review, Quality Management, Medical Staff Committee | 10/9/13 | Emails between N. Rieb and T. |
| PVH - 025494 | PVH - 025498 | Peer Review, Quality Management | undated | B. Mangum letter to PVHC Board |
| PVH - 025499 | PVH - 025503 | Quality Management | 3/8/08 | Memorandum from R. Barton |
| PVH - 025504 | PVH - 025505 | Quality Management | 3/8/08 | Letter from Scott Wilson to R. to Barton/Hospital Administration |
| | | | | R. Barton Memo of discussions with hospital staff re: questions of Dr. |

EXHIBIT D.9

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 025510 | PVH - 025516 | Professional Assistance | privileged | Wyoming Professional Assistance Document |
| PVH - 025517 | PVH - 025519 | Professional Assistance | privileged | Wyoming Professional Assistance Document |
| PVH - 025521 | PVH - 025521 | Peer Review, Quality Management, Medical Staff Committee | 8/23/13 | Email from N. Reib to W. Patten, T. Seeley, V. Lengfelder, M. Tracy, M. Gilmore re patient |
| PVH - 025523 | PVH - 025523 | Peer Review, Quality Management, Medical Staff Committee | 4/21/14 | Letter from M. Wurzel to W. Patten re peer review re Hansen status |
| PVH - 025524 | PVH - 025524 | Quality Management | 12/23/13 | Email from L. Parker to W. Patten |
| PVH - 025530 | PVH - 025530 | Peer Review, Quality Management, Medical Staff Committee | 9/30/13 | Email from W. Patten to T. Seeley, N. Rieb, V. Lengfelder with notes from 8/19/13 meeting of M. Tracey, N. Rieb, V. Lengfelder, M. Gilmore, W. Patten, re PPEC |
| PVH - 025531 | PVH - 025532 | Peer Review, Quality Management, Medical Staff Committee | 10/4/13 | Emails between W. Patten, B. Mangum, A. Redder, V. Lengfelder, T. Seeley, A. Campeau re medical committee and PPEC |
| PVH - 025537 | PVH - 025537 | Peer Review, Quality Management, Medical Staff Committee | 12/2/13 | Emails between D. Kleinfeldt, W. Patten, V. Lengfelder, M. Gilmore, J. Beukelman, J. Carlson, L. Parker, M. Wurzel, M. Tracy, B. Katz, R. Kost, R. Reel regarding medical executive committee proceedings |
| PVH - 025541 | PVH - 025542 | Quality Management | 3/8/08 | Handwritten notes of M. Partridge |
| PVH - 026358 | PVH - 026361 | Wyoming Board of Medicine | 1/9/07 | Wyoming Controlled Substance New Registration |
| PVH - 030537 | PVH - 030539 | Peer Review, Quality Management, Medical Staff Committee | 1/20/14 | Letter from W. Patten, CEO to J. Hansen regarding proceedings of the Medical Executive Committee |
| PVH - 030548 | PVH - 030548 | Wyoming Board of Medicine | 9/13/10 | Wyoming Board of Medicine communications |
| PVH - 030549 | PVH - 030549 | Wyoming Board of Medicine | 9/13/10 | Wyoming Board of Medicine communications |
| PVH - 030550 | PVH - 030551 | Wyoming Board of Medicine | 9/13/10 | Wyoming Board of Medicine document |
| PVH - 030755 | PVH - 030755 | Wyoming Board of Medicine, Quality Management | 1/2/13 | Emails between T. Seeley and W. Patten relating to Wyoming Board of Medicine correspondence |
| PVH - 030795 | PVH - 030802 | Peer Review, Quality Management | | B. Mangum summary of information and notes he had provided as part of peer review and |

EXHIBIT D 10

| PVH - 030832 | PVH - 030833 | Peer Review, Quality Management | 10/2/13 | Email T. Seeley to Patten, Langfelder, Rieb re: a new Hansen Complaint |
|---|---|---|---|---|

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 030841 | PVH - 030843 | Quality Management, Peer Review | 10/11/13 | Emails between V. Lengfelder to T. Seeley, W. Patten, N. Rieb, A. Redder, and B. Mangum |
| PVH - 030844 | PVH - 030844 | Quality Management | 10/11/13 | Emails between W. Patten and A. Redder |
| PVH - 060709 | PVH - 060710 | Peer Review, Quality Management, Attorney-Client Privilege | 12/23/13 | Email from W. Patten to PVHC Board and attorney J. Fitzgerald |
| PVH - 060721 | PVH - 060722 | Quality Management, Attorney-Client Privilege, Peer Review, Medical Staff Committee | 12/23/13 | Email from W. Patten to L. Parker, B. Katz, D. Kleinfeldt, J. Beukelman, J. Carlson, M. Wurzel, M. Tracy, R.J. Kost, R. Reel, V. Lengfelder, N. Todhunter, J. |
| PVH - 060811 | PVH - 060812 | Peer review | 11/27/13 | Emails between R. Buchanan and W. Patten, M. Gilmore, M. Tracey, V. Lengfelder, A. Redder, D. Barton, B. Mangum |
| PVH - 060815 | PVH - 060816 | Peer Review, Quality Management | | Patten, Reib, Lengfelder re; Patient notification and logistics |
| PVH - 060821 | PVH - 060823 | Peer review, Quality Management, Medical Staff Committee | 12/11/13 | Emails from T. Seeley and W. Patten to V. Lenfelder, B. Chandler, N. Rieb, K. Christensen, M. Tracy, C. Blanchard |
| PVH - 060824 | PVH - 060827 | Peer Review, Quality Management, Medical Staff Committee | 12/16/13 & 12/17/13 | Emails with V. Lengfelder, M. Tracy, C. Blanchard, B. Patten, K. McDaniel, M. Gilmore, S. Coguill, S. Christensen, T. Seeley, S. Anderson |

EXHIBIT D.12

| PVH - 060828 | PVH - 060829 | Peer Review, Quality Management, Attorney-Client Privilege | 12/30/13 | Emails with M. Tracy, W. Patten, A. McCullough and attorney J. Fitzgerald |
|---|---|---|---|---|

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 060830 | PVH - 060830 | Peer Review, Quality Management, Medical Staff Committee | 12/20/13 | Email from W. Patten to K. Christensen, M. Tracy, B. Chandler, C. Blanchard, V. Lengfelder, T. Seeley |
| PVH - 060832 | PVH - 060834 | Quality Management, Attorney-Client Privilege | 8/27/13 | Notes from Ad Council meeting, including excerpt from a communication with attorney T. Jeffrey Fitzgerald |
| PVH - 075957 | PVH - 075957 | Peer Review | | |
| PVH - 075962 | PVH - 075962 | Attorney-Client | 7/7/14 | Email from T. Seeley to W. Patten, V. Lengfelder, A. McCullough, T. Seeley, |
| PVH - 075969 | PVH - 075972 | Peer Review, Quality Management | 3/2/08 | Letter from S. Wilson to R. Barton re: Dr. Hansen |
| PVH - 076744 | PVH - 076771 | Peer Review, Quality Management | | B. Mangum notes re: Dr. Hansen procedures and conversations with PVHC as part of peer review and quality management |
| PVH - 077619 | PVH - 077622 | Quality control, Attorney-Client | 9/20/11 | PVHC Incident/ Complaint Reporting Log discussing advice of counsel |
| PVH - 077623 | PVH - 077631 | Attorney-Client, Quality Management | 10/11/13 | Letter from C. McNiven (attorney) to B. Bischer (Claims Professional) |
| PVH - 079282 | PVH - 079282 | Quality Management, Peer Review | undated - 2008 | List of cases for PPEC review |
| PVH - 079283 | PVH - 079283 | Quality Management, Peer Review | undated - 2008 | List of cases for PPEC review |
| PVH - 079284 | PVH - 079285 | Quality Management, Peer Review | undated-2011 | 2011 Case Review Log |
| PVH - 079653 | PVH - 079654 | Attorney-Client | undated | Email from T. Copenhaver to T. |
| PVH - 080920 | PVH - 080923 | Peer Review, Quality Management, Medical Staff Committee | 1/8/14 | Peer Review Final Report |
| PVH - 080949 | PVH - 080949 | Peer Review, Quality Management, Medical Staff Committee | 1/20/14 | Peer Review Submission for outside review |
| PVH - 080950 | PVH - 080954 | Peer Review, Quality Management, Medical Staff Committee | 3/5/14 | Peer Review Submission for outside review |
| PVH - 080958 | PVH - 080962 | Peer Review, Quality Management, Medical Staff Committee | 4/11/14 | Peer Review Final Report |
| PVH - 080963 | PVH - 080966 | Peer Review, Quality Management, Medical Staff Committee | 4/11/04 | Peer Review Final Report |
| PVH - 080967 | PVH - 080972 | Peer Review, Quality Management, Medical Staff Committee | 6/11/13 | Peer Review Final Report |
| PVH - 080973 | PVH - 080979 | Peer Review, Quality Management, Medical Staff Committee | 6/11/13 | Peer Review Final Report |
| PVH - 080980 | PVH - 080983 | Peer Review, Quality Management, Medical Staff Committee | 9/16/14 | Peer Review Final Report |

EXHIBIT D.14

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 080984 | PVH - 080987 | Peer Review, Quality Management, Medical Staff Committee | 10/27/14 | Peer Review Final Report |
| PVH - 080988 | PVH - 080995 | Peer Review, Quality Management, Medical Staff Committee | 11/15/13 | Peer Review Final Report |
| PVH - 080996 | PVH - 081000 | Peer Review, Quality Management, Medical Staff Committee | 11/15/13 | Peer Review Final Report |
| PVH - 081001 | PVH - 081007 | Peer Review, Quality Management, Medical Staff Committee | 11/18/13 | Peer Review Final Report |
| PVH - 081008 | PVH - 081014 | Peer Review, Quality Management, Medical Staff Committee | 11/18/13 | Peer Review Final Report |
| PVH - 081015 | PVH - 081018 | Peer Review, Quality Management, Medical Staff Committee | 11/19/13 | Peer Review Final Report |
| PVH - 081019 | PVH - 081023 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 081024 | PVH - 082154 | Peer Review, Protected Patient Information, Wyoming Board of Medicine | multiple dates | Patient charts/ Peer review findings/ Peer review communication |
| PVH - 082181 | PVH - 082182 | Quality Management | 5/14/13 | Agenda for meeting between W. Patten and T. Seeley |
| PVH - 082708 | PVH - 082735 | Peer Review, Quality Management | | B. Mangum notes re: Dr. Hansen procedures and conversations with PVHC as part of peer review and quality management |
| PVH - 084652 | PVH - 084652 | Peer Review, Quality Management, Medical Staff Committee | 12/25/13 | Emails between C. Blanchard, K. Christensen, M. Tracy, B. Chandler, M. Gilmore, K. McDaniel, S. Coguill, W. Patten |
| PVH - 085414 | PVH - 085416 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 085420 | PVH - 085423 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 085428 | PVH - 085433 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 085440 | PVH - 085442 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 085446 | PVH - 085451 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 085458 | PVH - 085461 | Peer Review, Quality Management, Medical Staff Committee | 11/25/13 | Peer Review Final Report |
| PVH - 085528 | PVH - 085683 | Wyoming Board of Medicine, Patient Information | 9/13/10 | Wyoming Board of Medicine materials, including patient medical records |
| PVH - 085840 | PVH - 085940 | Wyoming Board of Medicine | Various dates | Hansen Wyoming Board of Medicine File |
| PVH - 086042 | PVH - 086127 | Wyoming Board of Medicine | Various dates | Hansen Wyoming Board of Medicine File |

EXHIBIT D.15

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 086214 | PVH - 086256 | Peer Review, Quality Management, Medical Staff Committee | multiple dates- 2008 | Peer Review file including: Peer review report, patient medical records, peer review findings/ recommendations, outside organization reports |
| PVH - 086300 | PVH - 086431 | Peer Review, Quality Management, Medical Staff Committee | multiple dates 2006-2010 | Peer Review File including submissions and findings of peer review committees |
| PVH - 086564 | PVH - 086715 | Peer Review, Quality Management, Medical Staff Committee | multiple dates 2009-2012 | Peer Review File including submissions and findings of peer review committees |
| PVH - 086868 | PVH - 086976 | Peer Review, Quality Management, Medical Staff Committee | multiple dates 2012-2013 | Peer Review File including submissions and findings of peer review committees |
| PVH - 087395 | PVH - 087441 | Protected Patient Information, Peer Review & Quality Management | undated | Patient medical records for Peer Review |
| PVH - 087489 | PVH - 087494 | Protected Patient Information, Peer Review & Quality Management | undated | Patient medical records for Peer Review |
| PVH - 087501 | PVH - 087501 | Quality Management | undated | List of Dr. Hansen Charts |
| PVH - 087505 | PVH - 087510 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087517 | PVH - 087539 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087563 | PVH - 087569 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087577 | PVH - 087614 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087653 | PVH - 087663 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087675 | PVH - 087677 | Peer Review, Quality Management, Medical Staff Committee | undated - 2013 | Peer Review Charts Tracking Log |
| PVH - 087687 | PVH - 087720 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087759 | PVH - 087760 | Protected Patient Information, Peer Review & Quality Management | undated | List of sequested charts- undated |
| PVH - 087763 | PVH - 087772 | Protected Patient Information, Peer Review & Quality Management | undated | Annotated patient chart |
| PVH - 087863 | PVH - 087864 | Protected Patient Information, Peer Review & Quality Management | undated | List of unsequested charts- |
| PVH - 087897 | PVH - 087938 | Peer Review, Quality Management, Medical Staff Committee, Wyoming Board of Medicine | multipl e dates | Documents relating to Dr. Hansen's credentialing and correspondence with the Wyoming Board of |
| PVH - 088017 | PVH - 088056 | NPDB Report | | NPDB Reports |
| PVH - 088328 | PVH - 088381 | Wyoming Board of Medicine | Various dates | Wyoming Board of Medicine files |
| PVH - 088436 | PVH - 088482 | Wyoming Board of Medicine | Various dates | Wyoming Board of Medicine files |
| PVH - 088755 | PVH - 088806 | Attorney Work Product | undated | Homeland policy annotated/ highlighted by attorney T. Copenhaver |
| PVH - 089355 | PVH - 089356 | Attorney - Client Privilege, Quality Management, Peer Review | 3/16/15 | Email from S. Welling to B. Patten, S. Anderson, M. Long, C. Benander, attorney T. Copenhaver |

EXHIBIT D.16

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 089410 | PVH - 089410 | Peer Review, Quality Management, Medical Staff Committee | undated | Peer review document listing potential cases for peer review |
| PVH - 089428 | PVH - 089433 | Peer Review, Board of Medicine, Attorney-Client, Attorney Work Product | undated | Chart of medical records requests |
| PVH - 104782 | PVH - 104782 | Executive Session | 1/6/14 | Minutes of PVHC Board Executive Session |
| PVH - 104790 | PVH - 104791 | Executive Session | 11/15/13 | Minutes of PVHC Board Executive Session |
| PVH - 104792 | PVH - 104792 | Executive Session | 11/25/13 | Minutes of PVHC Board Executive Session |
| PVH - 104985 | PVH - 104986 | Attorney-Client | 1/11/13 | Emails between attorney J. Fitzgerald and W. Patten, C. Stuckey, T. Seeley, |
| PVH - 104987 | PVH - 104989 | Attorney-Client | 1/11/13 | Emails between attorney J. Fitzgerald and W. Patten, C. Stuckey, T. Seeley, |
| PVH - 104992 | PVH - 104998 | Peer Review, Quality Management | 1/13/14 | Peer Review Final Report |
| PVH - 105139 | PVH - 105139 | Attorney-Client, Peer Review, Quality Management | 3/16/15 | Email between W. Patten, S. Welling, M. Long, S. Anderson, C. Benander, |
| PVH - 105140 | PVH - 105141 | Attorney-Client, Peer Review, Quality Management | 3/16/15 | Email between W. Patten, S. Welling, M. Long, S. Anderson, C. Benander, |
| PVH - 105237 | PVH - 105237 | Attorney-Client Privilege | 11/6/14 | Email from attorney S. Ortiz to attorney T. Copenhaver, T. Seeley, and attorney B. Marvel |
| PVH - 105238 | PVH - 105241 | Peer Review, Quality Management | 11/25/13 | Peer Review Final Report |
| PVH - 105242 | PVH - 105244 | Peer Review, Quality Management | 11/25/13 | Peer Review Final Report |
| PVH - 105272 | PVH - 105277 | Peer Review, Quality Management | 11/25/13 | Peer Review Final Report |
| PVH - 106139 | PVH - 106142 | Peer Review, Board of Medicine, Attorney-Client, Attorney Work Product | 3/5/14 | 3/10/14 email from W. Patten to attorney T. Copenhaver, and attorney J. Oven forwarding 3/5/14 Email from |
| PVH - 120439 | PVH - 120442 | Quality Management | 2/6/13, 2/7/13 | Emails T. Seeley and W. Patten re: Dr. Hansen credentialing application |
| PVH - 121780 | PVH - 121780 | Professional Assistance | Privileged | Professional Assistance Documents |
| PVH - 124190 | PVH - 124190 | Attorney-Client Privilege | 7/20/15 | Email from B. Jett to T. Copenhaver |
| PVH - 128593 | PVH - 128594 | Attorney Work Product | undated | Attorney timeline of dates of communications with various insurance |
| PVH - 129254 | PVH - 129255 | Attorney Work Product | undated | Attorney timeline of dates of communications with various insurance |

EXHIBIT D.17

| Beginning | Ending Bates | Applicable Privilege | Document Date | Document Description |
|---|---|---|---|---|
| PVH - 129981 | PVH - 129982 | Attorney Work Product | undated | Attorney timeline of dates of communications with various insurance |

EXHIBIT D.18