

FILED
2:58 pm, 7/12/19
Stephan Harris
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

HOMELAND INSURANCE COMPANY OF NEW YORK,

    Plaintiff,

v.

SCOTT J. GOLDSTEIN, *on behalf of* Powell Valley Healthcare Inc,

    Defendant,

AND

SCOTT J. GOLDSTEIN, *on behalf of* Powell Valley Healthcare Inc,

    Counter-Claimant,

v.

, HOMELAND INSURANCE COMPANY OF NEW YORK and LEXINGTON INSURANCE COMPANY,

    Counter-Defendants.

Case Number: 1:15-cv-00031-ABJ

## ORDER COMPELLING DEFENDANT'S PRODUCTION OF DOCUMENTS

This matter stems from this Court's Order granting in part and denying in part Plaintiff's Motion to Compel [Doc. 148]. Plaintiff Homeland Insurance Company moved to compel Defendant Powell Valley Healthcare's production of any documents relating to the care provided by its then employee Dr. Hansen [Doc. 119]. On April 30, 2019, this Court clarified the scope of the various privileges asserted by Powell and ordered Powell's production to Homeland all responsive documents not protected under those privileges [Doc. 148]. Finally, the Court

1

ordered Powell's production of select documents for in-camera review by the Court to determine the applicability of the claimed privileges. *Id.* at 18-19.

On June 3, 2019 this Court received a disk containing every document it requested for in-camera review, minus PVH 0022529. That document, an internal email Powell claimed was protected under the Quality Management privilege, had already been adjudged discoverable by this Court. The Court reviewed the remaining documents and considered individually whether they were privileged or discoverable [Exhibit 1]. In accordance with this Order's exhibit, Powell is hereby ordered to produce all documents deemed discoverable by the Court but is permitted to withhold all documents the Court pronounced privileged.

**THEREFORE, THIS COURT HEREBY ORDERS** that Powell is hereby ordered to produce on or before July 24, 2019 all documents deemed discoverable by this Court as set forth in Exhibit 1 attached hereto. Such documents may be redacted as set forth in Exhibit 1.

Dated this 12th day of July, 2019

MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE

# In-Camera Review Pursuant to Order on Plaintiff's Motion to Compel

## Exhibit 1

| Document(s) | Asserted Privilege | Ruling | Notes |
|---|---|---|---|
| PVH 003530 | Board of Medicine, Peer Review, Quality Management, Medical Committee | Discoverable | Does not fall within the stated privileges as defined in this Court's Order of 4/30/2019. |
| PVH 003531 | Board of Medicine, Peer Review, Quality Management, Medical Committee | Discoverable | Does not fall within the stated privileges as defined in this Court's Order of 4/30/2019. |
| PVH 003532-003540 | Board of Medicine | Privileged | Witness statement submitted to the Board of Medicine. |
| PVH 003581 | Board of Medicine | Privileged | Communication with the Board of Medicine. |
| PVH 003723-003724 | Board of Medicine, Peer Review, Quality Management | Discoverable as redacted | Does not fall within the stated privileges as defined in this Court's Order of 4/30/2019. (Attorney-Client information to be redacted) |
| PVH 003772 | Board of Medicine | Privileged | Communication from the Board of Medicine. |
| PVH 003862-003863 | Protected Patient Information | Privileged | Protected patient information and not relevant to any of the matters at issue in this matter |
| PVH 003996-003997 | Peer Review, Quality Management, Medical Committee | Discoverable | Does not fall within the stated privileges as defined in this Court's Order of 4/30/2019. |
| PVH 004419-004441 | Peer Review, Quality Management, Medical Committee | Discoverable (Patient Names may be redacted as to non-claimants) | Does not fall within the stated privileges as defined in this Court's Order of 4/30/2019. |

| | | | |
|---|---|---|---|
| PVH 004513-004518 | Peer Review, Quality Management, Medical Committee | Privileged | These appear to be documents prepared as part of the peer review process rather than raw data. |
| PVH 004519 | Peer Review, Quality Management, Medical Committee | Privileged | Correspondence of the peer review committee. |
| PVH 004524-004530 | Peer Review, Quality Management, Medical Committee | Privileged | These appear to be documents prepared as part of the peer review process rather than raw data. |
| PVH 004612-004617 | Peer Review, Quality Management, Medical Committee | Privileged | These appear to be documents prepared as part of the peer review process rather than raw data. |
| PVH 004636 | Peer Review, Quality Management, Medical Committee | Privileged | These appear to be documents prepared as part of the peer review process rather than raw data. |
| PVH 004649-004653 | Quality Management | Discoverable | Not privileged as stated in this Court's order of 4/30/19. |
| PVH 004654-004658 | Peer Review, Quality Management | Discoverable | Does not fall within the stated privileges as defined in this Court's Order of 4/30/2019. Factual information is not protected even if it was presented to the peer review committee. |
| PVH 004945-004954 | Peer Review, Quality Management, Medical Committee | Privileged | These appear to be documents prepared as part of the peer review process rather than raw data. |
| PVH 005013-005018 | Peer Review, Quality Management, Medical Committee | Privileged | These appear to be documents prepared as part of the peer review process rather than raw data. |
| PVH 006083-006085 | Peer Review, Attorney-Client | Privileged | Attorney-Client communications |

| | | | |
|---|---|---|---|
| PVH 006435 | Peer Review, Quality Management | Discoverable | Not part of the peer review process and quality management is not privileged. |
| PVH 006601 | Peer Review, Quality Management | Discoverable | Document not as described on privilege log. |
| PVH 011000 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 011001 | Board of Medicine | Privileged | Board of Medicine correspondence. |
| PVH 011003-011004 | Board of Medicine | Privileged | Board of Medicine correspondence. |
| PVH 011170-011171 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 022530 | Peer Review, Quality Management, Medical Committee | Discoverable (Bullet point below "Schneider" may be redacted) | Does not fall within the peer review privilege or the Medical Committee privilege as defined in this Court's order of 4/30/19. |
| PVH 022531 | Peer Review, Quality Management, Medical Committee | Discoverable | Does not fall within the peer review privilege or the Medical Committee privilege as defined in this Court's order of 4/30/19. |
| PVH 025473-025474 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 025484-025485 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 025490-025492 | Peer Review, Quality Management, Medical Committee | Non-discoverable | Not privileged but does not address events within the applicable time frame. |

| | | | |
|---|---|---|---|
| PVH 025493 | Peer Review, Quality Management, Medical Committee | Non-discoverable | Not privileged but does not address events within the applicable time frame. |
| PVH 025494-025498 | Peer Review, Quality Management, Medical Committee | Discoverable | Same as PVH 004649-004653 noted above. |
| PVH 025499-025503 | Quality Management | Discoverable as redacted | Quality Management is not a privilege. (Attorney-Client communications to be redacted) |
| PVH 025504-025505 | Quality Management | Discoverable | Quality Management is not a privilege |
| PVH 025521 | Peer Review, Quality Management, Medical Committee | Privileged | Appears to be part of peer review process and outside of relevant date range. |
| PVH 025524 | Quality Management | Non-Discoverable | Not privileged but does not address events within the applicable time frame. |
| PVH 025530 | Peer Review, Quality Management, Medical Committee | Non-discoverable | Cannot determine if falls within privilege, but is outside of relevant time frame. |
| PVH 025531-025532 | Peer Review, Quality Management, Medical Committee | Non-Discoverable | Not privileged but does not address events within the applicable time frame. |
| PVH 030755 | Board of Medicine, Quality Management | Discoverable | Does not fall within the Board of Medicine privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 030795-030802 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |

| | | | |
|---|---|---|---|
| PVH 030832-030833 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 030841-030843 | Peer Review, Quality Management | Non-discoverable | Not privileged but does not address events within the applicable time frame. |
| PVH 030844 | Quality Management | Non-discoverable | Not privileged but does not address events within the applicable time frame. |
| PVH 076744-076771 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 082181-082182 | Quality Management | Discoverable | Quality Management is not a privilege. Attorney-Client communications to be redacted) |
| PVH 082708-082735 | Peer Review, Quality Management | Discoverable | Does not fall within the peer review privilege as defined in this Court's order of 4/30/19. Quality Management is not privileged. |
| PVH 120439-120442 | Quality Management | Discoverable | Quality Management is not a privilege |