# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**
4:54 pm, 1/29/20
**U.S. Magistrate Judge**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | |
| Plaintiff, | |
| vs. | Case Number: 1:15-CV-00031-ABJ |
| SCOTT J. GOLDSTEIN ET AL, | |
| Defendant. | |

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ This was a Telephonic Hearing

Date: 1/29/2020    Time: 2:30 PM - 3:09 PM    (Telephonic)

| Mark L. Carman | | | Katherine Wenner |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Trustee:    William R. Fix; Sarah A. Kellogg

Attorney(s) for Lexington:    Deborah G. M. Kellam; Jerome P. Doctors

Other:

The Court held an informal discovery conference and offered guidance regarding two discovery disputes between the Trustee and Lexington Insurance Company.

The first discovery issue related to Interrogatory No. 8 and, after hearing arguments from both parties, the Court advised that the interrogatory seems disproportionate to the needs of the case and seems to offer little significant relevance. However, the Court granted permission for the parties to file formal motions on the matter.

The second issue related to Lexington's alleged refusal to respond to Requests for Admission 2-6. After hearing arguments from both parties, the Court noted that the parties had binding documents signed by counsel showing that Lexington had withdrawn Affirmative Defenses 29, 31, 32, 33, and 37 in response to those Requests for Admission. However, the Court also gave permission to file formal motions regarding this issue, if the parties so choose.