UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, </br></br>　　　Plaintiff, </br></br>vs. </br></br>POWELL VALLEY HEALTHCARE, INC., et al. </br></br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) 　Civil Action No. 15-CV-31-J |

**JOINT NOTICE OF RESOLUTION OF COUNTERCLAIMANT SCOTT J. GOLDSTEIN, TRUSTEE'S CLAIMS AGAINST CROSSCLAIM-DEFENDANT LEXINGTON INSURANCE COMPANY CONCERNING LEXINGTON-PVHC POLICIES (ECF# 190)**

COMES NOW, Counterclaimant Scott Goldstein, the Personal Injury Trustee of the Personal Injury Trust for Powell Valley Health Care, Inc. and Cross-Claim Defendant Lexington Insurance Company, by and through their counsel, and hereby inform the Court and parties that all claims set forth in Counterclaimant Trustee's Supplemental and Amended ECF #45 Crossclaim against Crossclaim-Defendant Lexington Insurance Company (ECF #190) relating to Lexington-PVHC Primary Policy No. 6793042 (effective August 1, 2010 to August 1, 2011 and August 1, 2011 to August 1, 2012, and August 1, 2012 to August 1, 2013) and Lexington-PVHC Excess Policy No. 6793044 (effective August 1, 2010 to August 1, 2011 and August 1, 2011 to August 1, 2012, and August 1, 2012 to August 1, 2013) have been resolved.

Respectfully submitted this 25th day of February, 2020.

*s/ Robert A. Krause*
Robert A. Krause, WSB #5-2824
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
krause@spencelawyers.com

**Attorneys for Scott J. Goldstein,
Personal Injury Trustee for the
Personal Injury Trust of Powell Valley
Health Care, Inc.**

*s/ Deborah M. Kellam*
Deborah M. Kellam, W.S.B. #5-2541
Hall & Evans, LLC
866 N. 4th Street, Suite 3
Laramie, Wyoming 82072
Telephone: (307) 514-2567
Facsimile: (307) 514-2568
kellamd@hallevans.com

**Attorneys for Counterclaim Defendant
and Cross-Claim Defendant, Lexington
Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2020, I electronically filed the foregoing **JOINT NOTICE OF RESOLUTION OF COUNTERCLAIMANT SCOTT J. GOLDSTEIN, TRUSTEE'S CLAIMS AGAINST CROSSCLAIM-DEFENDANT LEXINGTON INSURANCE COMPANY CONCERNING LEXINGTON-PVHC POLICIES (ECF# 190)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Counsel for Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.**

Robert A. Krause, WSB #5-2824
Mel C. Orchard, III (WSB # 5-2894)
Elizabeth A. Richards (WSB # 6-4249)
Sarah A. Kellogg (WSB # 7-5355)
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
krause@spencelawyers.com
orchard@spencelawyers.com
richards@spencelaywers.com
kellogg@spencelaywers.com

*Counsel for Homeland Insurance Company of New York*

Charles E. Spevacek
Meagher & Geer PLLP
33 South Sixth Street Suite 4400
Minneapolis, MN 55402
cspevacek@meagher.com

Judith A Studer
Schwartz Bon Walker & Studer
141 South Center Street Suite 505
Casper, WY 82601
jstuder@schwartzbon.com

| | |
|---|---|
| *Counsel for Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.* | *Attorneys for Lexington Insurance Company* |

Jon M. Moyers WY State Bar #6-3661
MOYERS LAW P.C.
3936 Avenue B, Suite D
Billings, Montana 59102
(406) 655-4900
(406) 655-4905 fax
jon@jmoyerslaw.com

Kathryn Kohn Troldahl (*Pro Hac Vice*)
KOHN LAW P.A.
P.O. Box 390074
Minneapolis, Minnesota 55439
(612) 597-6899
(888) 519-3472 fax
kohnkathryn1@gmail.com

R. Jeff Carlisle, Esq.
Jerome P. Doctors, Esq.
Catherine A. Naltsas, Esq.
LYNBERG & WATKINS, APC
1150 S. Olive Street, 18th Floor
Los Angeles, CA 90015
T:  213-624-8700
F:  213-892-2763
jcarlisle@lynberg.com
jdoctors@lynberg.com
cnaltsas@lynberg.com

*Attorneys for Lexington Insurance Company*

Richard H. Nicolaides, Jr., Esq.
Matthew S. Sorem, Esq.
Samuel Y. Chen, Esq.
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 S. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 585-1400
Facsimile: (312) 585-1401

*VIA EMAIL TO*:
rnicolaides@nicolaidesllp.com
msorem@nicolaidesllp.com
schen@nicolaidesllp.com

*s/ Erica H. Malloy*
Erica H. Malloy, Legal Assistant
Hall & Evans, LLC

3