**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) ) ) | Case No. 15-CV-31-ABJ |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SCOTT J. GOLDSTEIN, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al., | ) ) ) ) | |
| Defendants | ) ) | |
| and | ) ) | |
| SCOTT J. GOLDSTEIN, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al., | ) ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) | |
| Counterclaim-Defendant, | ) ) | |
| and | ) ) | |
| SCOTT J. GOLDSTEIN, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al., | ) ) ) ) | |
| Crossclaimant, | ) ) | |
| vs. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) | |
| Crossclaim-Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Homeland Insurance Company of New York ("Homeland") and Defendants and Counterclaimants Scott J. Goldstein, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al. ("Goldstein, et al."), respectively jointly notify the Court that they have reached a settlement in principle of all claims and matters alleged in Plaintiff Homeland's Complaint for Declaratory Judgment against Defendants' Goldstein, et al., and in Counterclaimants' Goldstein, et al.'s Counterclaim against Plaintiff Homeland, and are in the process of preparing final settlement documentation memorializing the same..

At this time, Plaintiff and Defendants/Counterclaimants anticipate that this process can be finalized in the next 45 days and further that upon the completion of the same the parties will file a stipulation to dismiss with prejudice of Plaintiff Homeland's Complaint for Declaratory Judgment against Defendants' Goldstein, et al., and of Defendants' and Counterclaimants' Goldstein, et al.'s Counterclaim against Plaintiff Homeland, with each party to bear its own fees and costs.

Dated:  February 28, 2020

*s/ Robert A. Krause*
Robert A. Krause (WSB # 5-2824)
*krause@spencelawyers.com*
Mel C. Orchard, III (WSB # 5-2894)
*orchard@spencelawyers.com*
Elizabeth A. Richards (WSB # 6-4249)
*richards@spencelawyers.com*
Sara A. Kellogg (WSB # 7-5355)
*kellogg@spencelawyers.com*
THE SPENCE LAW FIRM, LLC
15 S Jackson Street, P.O. Box 548
Jackson, WY 83001
(307) 733-7290 (Office)
(307) 733-5248 (Fax)

*Attorneys for the Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.*

Dated:  February 28, 2020

*s/ Charles E. Spevacek*
Charles E. Spevacek (MN #126044)
*Admitted Pro Hac Vice*
cspevacek@meagher.com
MEAGHER & GEER, PLLP
33 South Sixth Street, #4400
Minneapolis, MN 54502
(612) 338-0661 (Office)
(612) 338-8384 (Fax)

Judith Studer (WSB # 5-2174)
jstuder@schwartzbon.com
SCHWARTZ BON WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
(307) 235-6681 (Office)
(307) 234-5099 (Fax)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2020, I filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants:

| | |
|---|---|
| Robert A. Krause<br>*krause@spencelawyers.com*<br>Mel C. Orchard, III<br>*orchard@spencelawyers.com*<br>Elizabeth A. Richards<br>*richards@spencelawyers.com*<br>Sara A. Kellogg<br>*kellogg@spencelawyers.com*<br>THE SPENCE LAW FIRM, LLC<br>15 S Jackson Street, P.O. Box 548<br>Jackson, WY 83001<br><br>Jon M. Moyers<br>*jon@jmoyerslaw.com*<br>MOYERS LAW, P.C.<br>3936 Avenue B, Suite D<br>Billings, MT 59102<br><br>Kathryn Kohn Troldahl<br>*kohnkathryn1@gmail.com*<br>KOHN LAW, P.A.<br>P.O. Box 390074<br>Minneapolis, MN 55439<br><br>*Attorneys for the Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.* | R. Jeff Carlisle<br>*jcarlisle@lynberg.com*<br>Catherine A. Naltsas<br>*cnaltsas@lynberg.com*<br>Jerome P. Doctors<br>*jdoctors@lynberg.com*<br>LYNBEG & WATKINS, APC<br>1150 S. Olive Street<br>Eighteenth Floor<br>Los Angeles, CA 90015<br><br>Deborah M. Kellum<br>*kellamd@hallevans.com*<br>HALL & EVANS, LLC<br>866 North Fourth Street, Suite 3<br>Laramie, WY 82072<br><br>Richard H. Nicolaides, Jr.<br>*rnicolaides@nicolaidesllp.com*<br>Matthew S. Sorem<br>*msorem@nicolaidesllp.com*<br>Samuel Y. Chen<br>*schen@nicolaidesllp.com*<br>NICOLAIDES FINK THORPE MICHAELILDES SULLIVAN LLP<br>10 S. Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>*Attorneys for Lexington Insurance Company* |
| Judith Studer, WSB #5-2174<br>SCHWARTZ, BON, WALKER & STUDER, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Telephone (307) 235-6681<br>Fax (307) 234-5099<br>E-mail jstuder@schwartzbon.com | |

| | |
|---|---|
| Charles E. Spevacek, admitted *pro hac vice* <br> MEAGHER & GEER, PLLP <br> 33 South Sixth Street, Suite 4400 <br> Minneapolis, MN 55402 <br> Telephone (612) 347-9171/(612) 371-1324 <br> Fax (612) 877-3015 <br> E-mail cspevacek@meagher.com <br><br> *Attorneys For Homeland Insurance Company of New York* | |

                                         *s/ Charles E. Spevacek*
                                           Charles E. Spevacek