IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

3:52 pm, 3/18/20

U.S. Magistrate Judge

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT J. GOLDSTEIN, *on behalf of Powell Valley Healthcare, Inc.*, <br><br> Defendant. <br><br> AND <br><br> SCOTT J. GOLDSTEIN, *on behalf of Powell Valley Healthcare, Inc.*, <br><br> Counter-Claimant, <br><br> v. <br><br> HOMELAND INSURANCE COMPANY OF NEW YORK and LEXINGTON INSURANCE COMPANY, <br><br> Counter-Defendants. | Case No: 15-CV-00031-ABJ |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE 45 DAYS IN THE SECOND AMENDED SCHEDULING ORDER**

THIS MATTER, having come before this Court upon Lexington Insurance Company's Unopposed Motion to Extend the Discovery Deadline Forty-Five (45) Days in the Second Amended Scheduling Order [Doc. 195], and, this Court having been advised in the premises and finding good cause,

2

HEREBY ORDERS said Unopposed Motion is hereby GRANTED, and the deadline for completion of fact discovery shall be extended forty-five (45) days from March 30, 2020 to May 14, 2020. All other deadlines contained in the Second Amended Scheduling Order [Doc. 162] shall remain unchanged.

Dated this 18th day of March, 2020.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE