**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) Case No. 15-CV-31-ABJ |
| Plaintiff, | ) |
| vs. | ) |
| SCOTT J. GOLDSTEIN, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al., | ) |
| Defendants | ) |
| and | ) |
| SCOTT J. GOLDSTEIN, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al., | ) |
| Counterclaimant, | ) |
| vs. | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
| Counterclaim-Defendant, | ) |
| and | ) |
| SCOTT J. GOLDSTEIN, as the Personal Injury Trustee for the Personal Injury Trust of Powell Valley Healthcare, Inc., et al., | ) |
| Crossclaimant, | ) |
| vs. | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
| Crossclaim-Defendant. | ) |

**JOINT MOTION TO DISMISS ALL CLAIMS OF PLAINTIFF HOMELAND INSURANCE COMPANY OF NEW YORK AND OF DEFENDANT AND COUNTERCLAIMANT SCOTT J. GOLDSTEIN, AS THE PERSONAL INJURY TRUSTEE FOR THE PERSONAL INJURY TRUST OF POWELL VALLEY HEALTHCARE, INC., et al., AGAINST EACH OTHER, WITH PREJUDICE AND TO AMEND THE CASE CAPTION**

COME NOW Plaintiff Homeland Insurance Company of New York ("Homeland") and Defendant and Counterclaimant Scott J. Goldstein, the Personal Injury Trustee of the Personal Injury Trust for Powell Valley Healthcare, Inc., et al. ("Trustee") (collectively, the "Parties"), by and through their counsel, and hereby move that all claims between Plaintiff Homeland and Defendant and Counterclaimant Trustee be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Because all claims asserted in this matter by and against the Plaintiff are resolved, the Parties hereby also move the Court for an Order amending the case caption so as to identify the Trustee as the proper party Plaintiff, and Counterclaim-Defendant Lexington Insurance Company as the sole remaining Defendant.

Respectfully submitted this 9th day of April, 2020.

| | |
|---|---|
| *s/ Robert A. Krause* | *s/ Charles E. Spevacek* |
| Robert A. Krause (WSB # 5-2824) | Charles E. Spevacek (MN #126044) |
| *krause@spencelawyers.com* | *Admitted Pro Hac Vice* |
| Mel C. Orchard, III (WSB # 5-2894) | cspevacek@meagher.com |
| *orchard@spencelawyers.com* | MEAGHER & GEER, PLLP |
| Elizabeth A. Richards (WSB # 6-4249) | 33 South Sixth Street, #4400 |
| *richards@spencelawyers.com* | Minneapolis, MN 54502 |
| Sara A. Kellogg (WSB # 7-5355) | (612) 338-0661 (Office) |
| *kellogg@spencelawyers.com* | (612) 338-8384 (Fax) |
| THE SPENCE LAW FIRM, LLC | |
| 15 S Jackson Street, P.O. Box 548 | Judith Studer (WSB # 5-2174) |
| Jackson, WY 83001 | jstuder@schwartzbon.com |
| (307) 733-7290 (Office) | SCHWARTZ BON WALKER & STUDER, LLC |
| (307) 733-5248 (Fax) | 141 South Center Street, Suite 500 |
| | Casper, WY 82601 |
| *Attorneys for the Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.* | (307) 235-6681 (Office) |
| | (307) 234-5099 (Fax) |
| | |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2020, I filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants:

| | |
|---|---|
| Robert A. Krause<br>*krause@spencelawyers.com*<br>Mel C. Orchard, III<br>*orchard@spencelawyers.com*<br>Elizabeth A. Richards<br>*richards@spencelawyers.com*<br>Sara A. Kellogg<br>*kellogg@spencelawyers.com*<br>THE SPENCE LAW FIRM, LLC<br>15 S Jackson Street, P.O. Box 548<br>Jackson, WY 83001<br><br>Jon M. Moyers<br>*jon@jmoyerslaw.com*<br>MOYERS LAW, P.C.<br>3936 Avenue B, Suite D<br>Billings, MT 59102<br><br>Kathryn Kohn Troldahl<br>*kohnkathryn1@gmail.com*<br>KOHN LAW, P.A.<br>P.O. Box 390074<br>Minneapolis, MN 55439<br><br>*Attorneys for the Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.* | R. Jeff Carlisle<br>*jcarlisle@lynberg.com*<br>Catherine A. Naltsas<br>*cnaltsas@lynberg.com*<br>Jerome P. Doctors<br>*jdoctors@lynberg.com*<br>LYNBEG & WATKINS, APC<br>1150 S. Olive Street<br>Eighteenth Floor<br>Los Angeles, CA 90015<br><br>Deborah M. Kellum<br>*kellamd@hallevans.com*<br>HALL & EVANS, LLC<br>866 North Fourth Street, Suite 3<br>Laramie, WY 82072<br><br>Richard H. Nicolaides, Jr.<br>*rnicolaides@nicolaidesllp.com*<br>Matthew S. Sorem<br>*msorem@nicolaidesllp.com*<br>Samuel Y. Chen<br>*schen@nicolaidesllp.com*<br>NICOLAIDES FINK THORPE MICHAELILDES SULLIVAN LLP<br>10 S. Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>*Attorneys for Lexington Insurance Company* |
| Judith Studer, WSB #5-2174<br>SCHWARTZ, BON, WALKER & STUDER, LLC<br>141 South Center Street, Suite 500<br>Casper, WY 82601<br>Telephone (307) 235-6681<br>Fax (307) 234-5099<br>E-mail jstuder@schwartzbon.com | |

| | |
|---|---|
| Charles E. Spevacek, admitted *pro hac vice* <br> MEAGHER & GEER, PLLP <br> 33 South Sixth Street, Suite 4400 <br> Minneapolis, MN 55402 <br> Telephone (612) 347-9171/(612) 371-1324 <br> Fax (612) 877-3015 <br> E-mail cspevacek@meagher.com <br><br> *Attorneys For Homeland Insurance Company of New York* | |

                                                *s/ Charles E. Spevacek*
                                                  Charles E. Spevacek