UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SCOTT J. GOLDSTEIN, Personal Injury TRUSTEE for the Personal Injury Trust of Powell Valley Healthcare, Inc. et al, <br><br>       Plaintiff, <br><br> vs. <br><br> LEXINGTON INSURANCE COMPANY, <br><br>       Defendant. | Civil Action No. 15-CV-31-J |

**JOINT MOTION TO DISMISS ALL SCOTT J. GOLDSTEIN, TRUSTEE'S CLAIMS AGAINST LEXINGTON INSURANCE COMPANY WITH PREJUDICE**

COME NOW Plaintiff Scott J. Goldstein, Trustee of the Personal Injury Trust of Powell Valley Healthcare, Inc., et al ("Trustee") and Defendant Lexington Insurance Company ("Lexington") by and through their respective counsel, and move this Court to dismiss this suit and all claims asserted therein by Trustee against Lexington Insurance Company with prejudice as all disputes have been resolved.

Respectfully submitted this 27th day of July, 2020.

| | |
|---|---|
| *s/ Jon M. Moyers* | *s/ Deborah M. Kellam* |
| Jon M. Moyers WY State Bar #6-3661 | Deborah M. Kellam, W.S.B. #5-2541 |
| MOYERS LAW P.C. | HALL & EVANS, LLC |
| 3936 Avenue B, Suite D | 866 N. 4th Street, Suite 3 |
| Billings, Montana 59102 | Laramie, Wyoming 82072 |
| (406) 655-4900 | Telephone: (307) 514-2567 |
| (406) 655-4905 fax | Facsimile: (307) 514-2568 |
| jon@jmoyerslaw.com | kellamd@hallevans.com |
| | |
| *Attorneys for Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.* | *Attorneys for Defendant, Lexington Insurance Company* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2020, I electronically filed the foregoing **JOINT MOTION TO DISMISS ALL OF SCOTT J. GOLDSTEIN, TRUSTEE'S CLAIMS AGAINST DEFENDANT LEXINGTON INSURANCE COMPANY WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

*Counsel for Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.*

Robert A. Krause, WSB #5-2824
Mel C. Orchard, III (WSB # 5-2894)
Elizabeth A. Richards (WSB # 6-4249)
Sarah A. Kellogg (WSB # 7-5355)
THE SPENCE LAW FIRM, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
krause@spencelawyers.com
orchard@spencelawyers.com
richards@spencelaywers.com
kellogg@spencelaywers.com

*Counsel for Scott J. Goldstein, Personal Injury Trustee for the Personal Injury Trust of Powell Valley Health Care, Inc.*

Kathryn Kohn Troldahl (*Pro Hac Vice*)
KOHN LAW P.A.
P.O. Box 390074
Minneapolis, Minnesota 55439
(612) 597-6899
(888) 519-3472 fax
kohnkathryn1@gmail.com

William Fix
fixlawoffice@gmail.com

*Attorneys for Lexington Insurance Company*

Richard H. Nicolaides, Jr., Esq.
Matthew S. Sorem, Esq.
Samuel Y. Chen, Esq.
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 S. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 585-1400
Facsimile: (312) 585-1401
rnicolaides@nicolaidesllp.com
msorem@nicolaidesllp.com
schen@nicolaidesllp.com

R. Jeff Carlisle, Esq.
Jerome P. Doctors, Esq.
Catherine A. Naltsas, Esq.
LYNBERG & WATKINS, APC
1150 S. Olive Street, 18th Floor
Los Angeles, CA 90015
T:  213-624-8700
F:  213-892-2763
jcarlisle@lynberg.com
jdoctors@lynberg.com
cnaltsas@lynberg.com

*s/ Erica H. Malloy*
Erica H. Malloy, Legal Assistant
Hall & Evans, LLC